BRIAN K. ALFORD A196744
ROSS CORRECTIONAL INSTITUTION
P.O. BOX 7010
CHILLICOTHE, OHIO
      45601

[LEGAL]

**INMATE FREE LETTER**
DRC 4052 (8/98)
ACA 3-4431, 3-4262-4263

CLERK UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION
85 MARCONI BLVD.
COLUMBUS, OHIO
43215-283510 43215