# UNITED STATES DISTRICT COURT
# FOR THE Southern District of Ohio

| | | |
|---|---|---|
| Brian Keith Alford | : | Case No. 2:24−cv−04184−EAS−PBS |
| | : | |
| Plaintiff(s), | : | Judge Edmund A. Sargus |
| v. | : | |
| | : | |
| Anette Chambers−Smith, et al. | : | |
| | : | |
| Defendant(s). | : | |

## NOTICE OF DEFICIENCY

Notice of Deficiency: The Court's docket reflects the initiation of the above referenced civil action. The initiating material contains the following deficiency(ies):

**Filing Fee Missing.** The materials do not include the filing fee ($405) **or** a motion for leave to proceed *in forma pauperis* (provided).

**Cover Sheet Missing.** The materials do not include the required civil cover sheet (provided).
Related Document:

Please submit the requested information and/or materials **within 30 days** to the below address.

If you have questions, please contact the Clerk's Office.

Office of the Clerk
Jospeh P. Kinneary U.S. Courthouse
85 Marconi Blvd., Rm. 121
Columbus, OH 43221

Clerks_Office@ohsd.uscourts.gov

November 22, 2024

**Richard W. Nagel**
**Clerk of Court**

s/ Eduardo Rivera
Deputy Clerk

28 U.S.C. § 1915 "A prisoner seeking to bring a civil action or appeal a judgment in a civil action or proceeding without prepayment of fees or security therefore, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6–month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined."

Brian Keith Alford
P.O. BOX 7010
CHILLICOTHE, OH 45601