BRIAN KEITH ALFORD A196-

P.O. Box 7010/Ross Correctional Institution

Chillicothe, Ohio 45601

INMATE MAIL

[LEGAL]

CLERK - UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS
85 MARCONI BLVD. ROOM 121
COLUMBUS, OHIO
43215