BRIAN R. ALFORD 796744
ROSS CORRECTIONAL INSTITUTION
P. O. BOX 7010
CHILLICOTHE, OHIO
43601

(LEGAL)

COLUMBUS OH 430
INMATE
MAIL 18 DEC 2024 PM 3 L
USA ★ FOREVER

CLERK. UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION
85 MARCONI BLVD. ROOM 121
COLUMBUS, OHIO
43215

43215-282341