BRIAN R. ALFORD 96744
ROSS CORRECTIONAL INSTITUTION
P.D. BOX 7010
(HILLCOTHE, OHIO
            43601

(LEGAL)

COLUMBUS OH   430
INMATE
MAIL   18 DEC 2024   PM 3   L

USA FOREVER

CLERK. UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION
85 MARCONI BLVD. ROOM 121
COLUMBUS, OHIO
43215-2823   43215