IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

JAN 21 2025 4:12 P

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO COLUMBUS

BRIAN KETH ALFORD                                   CASE NO: 2:24:cv-04184

    Plaintiff

V.                                                  Judge Edmund A. Sargus


Annette Chambers-Smith, ET AL.,

    Defendants.


NOTICE TO THE COURT

Plaintiff, in the above captioned case, has been treated for a life-threatening illness from December 7th, 2024 until present following admission to Ohio State University Wexner Medical Center on December 23rd, 2024. In addition, an Officer was murdered here at Ross Correctional Institution on December 25th, 2024 and the Institution had been on modified lockdown since that date. [see passes attached]. Therefore, Plaintiff request that this Court take judicial notice of the facts herein, and modify any orders issued between December 7th, 2024 to date and allow Plaintiff reasonable time to respond to any orders by the Court.

1

Respectfully submitted,

*[signature]*

Brian Keith Alford A196-744

Ross Correctional Institution

P.O. Box 7010

Chillicothe, Ohio 45601

Plaintiff, *pro se*

Verification:

I hereby certify that the information contained herein is true and accurate under penalty of perjury pursuant to 28 U.S.C. 1746.

*[signature]*

Brian Keith Alford A196-744

Plaintiff, *pro se*

1-16-25

2

7:21

INSIDE PASS ONLY  RCI

Talk to Landers

714

Report Time: 07:00 AM     Pass Date: 09-DEC-24     Issued By     Time

Last Name: ALFORD     Id: A196744

Lock: H1/A/139B     Job: PORTER 2

Destination: IHS *MANDATORY OPTOMETRY***     Dismissed By     Time

Issued By: MEDICAL - IHS

Inmate Signature     Time

---

**Inmate Pass**

| Institution: Ross Correctional Institution | Date: 5-7-24 |
| Inmate Name: Alford | Inmate No.: 196-744 |
| Works: | Lock/Unit: 3B/23 |
| Destination: Mail Room | |
| Time Issued: 9:49 am | Officer/Staff: Holt |
| Time Released: am/pm | Officer/Staff: |

---

**Inmate Pass**

| Institution: Ross Correctional Institution | Date: 12/10/24 |
| Inmate Name: Alford | Inmate No.: 196-744 |
| Works: | Lock/Unit: 1A |
| Destination: IHS - 1A | |
| Time Issued: 11:12 am | Officer/Staff: |
| Time Released: am/pm | Officer/Staff: |

---

11:34

Mussel 11:25

Report Time: 11:30 AM     Pass Date: 12-DEC-24     Issued By     Time 11:46

Last Name: ALFORD     Id: A196744

Lock: H1/A/139B     Job: PORTER 2

Destination: IHS-LABS **DRINK PLENTY OF WATER** MANDATORY!!!     Dismissed By     Time

Issued By: MEDICAL - IHS

Inmate Signature     Time

# Medical Services Treatment Pass

| Field | Value |
|---|---|
| Institution: | RCI |
| Number: | A196744 |
| Name: | Alford |
| Lock: | 1A |
| 1. Start date of treatment: | 12-10-2024 |
| 2. Stop date of treatment: | 12-15-2024 |

Checkboxes:
- [ ] B/P
- [ ] DSC
- [ ] TX
- [ ] LAB
- [ ] IM
- [ ] X-Ray
- [ ] EKG
- [x] Meds.
- [ ] Other:

Times:
- [ ] 6:30 am
- [x] 8:00 am
- [ ] 10:00 am
- [ ] 11:30 am
- [ ] 1:00 pm
- [ ] 4:30 pm
- [ ] 5:00 pm
- [ ] 8:00 pm
- [x] Other: 6pm

3. You are required to have identification in order to receive medication. Failure to honor this pass may result in disciplinary action.

Nurse's Signature: [signature]

DRC 5259 (2/99)

---

7:48

# Inmate Pass

| Institution: Ross Correctional Institution | Date: 12-16-24 |
|---|---|
| Inmate Name: Alford | Inmate No.: |
| Works: | Lock/Unit: 1A |
| Destination: IHS | |
| Time Issued: 705 am | Officer/Staff: [signature] |
| Time Released: 804 am | Office/Staff: [signature] |

Officer: Detach this slip and retain for day issued. The inmate is at destination listed below.

| Inmate Name: | Inmate No.: |
|---|---|
| Destination: | Time Issued: am/pm | Time Returned: am/pm |

DRC 2041 (Rev. 4/00)                      ACA 4180, 4181, 4182

---

12/16                                                Scott

# Inmate Pass

| Institution: Ross Correctional Institution | Date: 12-16-24 |
|---|---|
| Inmate Name: Alford | Inmate No.: |
| Works: | Lock/Unit: 1A |
| Destination: IHS | |
| Time Issued: 1200 pm | Officer/Staff: [signature] |
| Time Released: 1204 pm | Office/Staff: [signature] |

## Medical Services Treatment Pass

Pill line

| Institution | RCI | Name: | Alford, B |
|---|---|---|---|
| Number: | 1A | Lock: | A196744 |

1. Start date of treatment: 12/16/24
2. Stop date of treatment: 12/18/24

- ~~B/P~~
- ~~DSC~~
- ~~TX~~
- ~~LAB~~
- ~~IM~~
- ~~X-Ray~~
- ~~EKG~~
- ☒ Meds.
- ☐ Other: _____

- ~~6:30 am~~
- ☒ 8:00 am
- ~~10:00 am~~
- ~~11:30 am~~
- ~~1:00 pm~~
- ~~4:30 pm~~
- ☒ 5:00 pm
- ~~8:00 pm~~
- ☐ Other: _____

3. You are required to have identification in order to receive medication. Failure to honor this pass may result in disciplinary action.

Nurse's Signature: M. Hawk APRN

DRC 5259 (3/99)

---

**INSIDE PASS ONLY**

RCI

Report Time: 01:00 PM    Pass Date: 23-DEC-24

Last Name: ALFORD    Id: A196744    Issued By

Lock: H1/A/139B    Job: PORTER 2    Time

Destination: IHS-DSC HAWK **MANDATORY** BRING CARRY MEDS!!    Dismissed By

Issued By: MEDICAL - IHS    Time

Inmate Signature    Time

---

**Inmate Pass**

| Institution: | | Date: |
| Inmate Name: ALFORD | | Inmate No.: 196744 |
| Works: | | Lock/Unit: |
| Destination: Medical | | |
| Time Issued: 1200 pm | | Officer/Staff |
| Time Released: | | Officer/Staff |

12/23

ALFORD, BRIAN KEITH
CSN: 3001983643I7   MRN: 900465301
DOB: 4/10/1957 (67 yrs)

11:58

INSIDE PASS ONLY                               RCI

Report Time: 12:00 PM          Pass Date: 09-JAN-25

Last Name: ALFORD              Id: A196744                 Issued By              Time

Lock: H2/A/132B                Job: PORTER 2

Destination: IHS-ULTRASOUND ***MANDATORY!! ***             Dismissed By           Time

Issued By: MEDICAL - IHS

                                                           Inmate Signature       Time

---

7:05

INSIDE PASS ONLY                               RCI

Report Time: 06:30 AM          Pass Date: 19-DEC-24

Last Name: ALFORD              Id: A196744                 Issued By              Time

Lock: H1/A/139B                Job: PORTER 2

Destination: IHS-LABS ** DO NOT EAT BREAKFAST ** MANDATORY  Dismissed By          Time

Issued By: MEDICAL - IHS

                                                           Inmate Signature       Time