BRIAN K. HILBORD A19627[?]
ROSS CORRECTIONAL INSTITUTION
P.O. BOX 7010
CHILLICOTHE, OHIO
    45601

[LEGAL]

COLUMBUS OH 430
INMATE MAIL
17 JAN 2025 PM 1 L

CLERK UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION
85 MARCONI BLVD. ROOM 121
COLUMBUS, OHIO
    43215