UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2025 APR 16 PM 2:10

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

BRIAN KEITH ALFORD,
       PLAINTIFF,

CASE NO. 2:24-CV-04184

-VS-

CHAMBERS-SMITH, et. AL.
       DEFENDANTS.

REQUEST FOR EXTENSION
OF 30 DAYS TO FILE
CASHIER STATEMENT

PLAINTIFF, BRIAN KEITH ALFORD,

PRO-SE, FILES HIS REQUEST FOR

30 DAY EXTENSION OF TIME IN

WHICH TO FILE HIS APPLICATION

TO PROCEED IN FORMA PAUPERIS

AND CASHIER STATEMENT. PLAINTIFF

SUBMITS THAT ON 3-11-25 WHICH

PLAINTIFF SUBMITTED A REQUEST FOR

DEMAND STATEMENT WHICH WAS PROCESSED

ON 3-21-25, FOR CASE NO: 2:25-CV-00187

ALFORD V. HAWK, et. AL., BUT IT WAS

NEVER RECEIVED. ON 3-25-25 A SECOND

DEMAND STATEMENT WAS COMPLETED

BY THE CASHIER. HOWEVER, PLAINTIFF

DID NOT RECEIVE THE CASHIER STATEMENT

AS THE CASHIER ADVISED THAT PER THE

INSPECTOR, PLAINTIFF COULD NOT POSSESS

THE STATEMENT (SEE REQUEST 5442570317;

ATTACHED. PLAINTIFF REQUESTED A

30 DAY EXTENSION FOR CASE NO:

(2)

2:25-CV-00187 [DOC #4 3-31-25
ATTACHED), ON 4-8-25 PLAINTIFF
SUBMITTED APPLICATION TO PROCEED
INFORMA PAUPERIS FOR CASE NO:
2:25-CV-00187 ALFORD V. HAWK
AND THE INSTANT CASE NO: 2:24CV-04184
ALFORD V. CHAMBERS-SMITH, et. AL.,
YET ON 4-11-25 THE CASHIER HAD
NOT DEDUCTED POSTAGE FOR THE
APPLICATIONS AND CASHIER STATEMENTS.
WHEREFORE, PLAINTIFF REQUEST A
30 DAY EXTENTION OUT OF AN
ABUNDANCE OF CAUSION, SINCE

(3)

PLAINTIFF WAS NEVER REQUIRED

TO PROVIDE THE APPLICATION FOR

MAILING CASHIER STATEMENT TO

THE CASHIER FOR MAILING (SEE

PREVIOUS STATEMENT DATED 9-19-24

ATTACHED).

RESPECTFULLY SUBMITTED,

BRIAN KEITH ALEO A196744
BRIAN KEITH ALEO A196744
ROSS CORRECTIONAL INSTITUTION
P.O. BOX 7010
CHILLICOTHE, OHIO
45601

VERIFICATION:
I HEREBY SWEAR UNDER PENALTY OF
PERJURY THE INFORMATION CONTAINED
HEREIN IS TRUE AND ACCURATE PURSUANT
TO 28 U.S.C. 1746.

BRIAN KEITH ALEO A196744

(4)

# Request #544257031

**Profile Photo:**



**Audit Photo:**

### Inmate Info

**Name:** BRIAN ALFORD (1957-04-10)
**Booking #:** A196744
**Nationality:**
**Submitted Date:** 03/25/25 09:15
**Submitted Room:** RCI,H2,A,132B,0000/H2A
**Submitted Facility:** ODRC Ross CI
**Current Room:** RCI,H2,A,132B,0000/H2A
**Current Facility:** ODRC Ross CI
**MAC ID:** 50:41:1C:A3:D9:6C
**Device ID:** 50411CA3D96C

### Form Info

**Category:** Business Office
**Form:** Kite - Cashier's Office

### Request Info

**Status:** CLOSED **by** Oates, M.
**Facility Deadline:** 04/01/25 23:59

**Summary of Request:**

Cahier statement/six months deposits.

**Details of Request:**

**Please state the nature of your kite. Be specific.:**
Can you tell me the date you placed the cashier statement and six months deposits in unit staff mailbox?
Still don't have it and it is due 3-28-25 in federal court?

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 03/25/25 11:59 | BRIAN ALFORD | Viewed Staff Response | |
| **03/25/25 11:41** | **Oates, M.** | **Staff Response** | **The demand statement was put in the mail box last week when the cash slip was processed on 3/21/2025. I will place another copy in the box today. I can not give you a copy of the cashier's statement per the Inspector. You are not permitted to have a copy with my signature on it. You will need to have everything in a envelope and have that envelope weighed, along with a cash slip for postage and have it sent to my office with a note stating you need paper work printed off for it. I will then fill it out and put it in the mail that day.** |
| 03/25/25 11:41 | Oates, M. | Changed Status | From 'Open' to 'Closed' |
| **03/25/25 09:15** | **BRIAN ALFORD** | **Submitted New** | **Cahier statement/six months deposits.** |

**Motions**

2:25-cv-00187-MHW-PBS Alford
v. Hank et al

PRISONER,PRO SE,PSLC_MB

**U.S. District Court**

**Southern District of Ohio**

**Notice of Electronic Filing**

The following transaction was entered on 3/31/2025 at 5:40 PM EDT and filed on 3/28/2025

**Case Name:**       Alford v. Hank et al
**Case Number:**    2:25-cv-00187-MHW-PBS
**Filer:**             Brian Keith Alford
**Document Number:** 4

**Docket Text:**
**MOTION for Extension of Time to File Cashier Statement filed by Plaintiff Brian Kei
(Attachments: # (1) envelope) (sem)**

**2:25-cv-00187-MHW-PBS Notice has been electronically mailed to:**

**2:25-cv-00187-MHW-PBS Notice has been delivered by other means to:**

Brian Keith Alford
A196-744
ROSS CORRECTIONAL INSTITUTION
P.O. BOX 7010
CHILLICOTHE, OH 45601

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=3/31/2025] [FileNumber=9318546-0
] [862703c4ae5f477f6a1dd8100fc379a07542b814dbeaceeefcda303652e54e48466
c9671b14be4dc5af3176533a02584c340f2290e4eae1b7ff317092f563cb0]]
**Document description:** envelope
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=3/31/2025] [FileNumber=9318546-1
] [5bb8498d448b2849123bfd8b967bd51f35339e854f6789a1222e694e2b84aaedbb3
b7abb221e5180d7831a091f5c7590750a7c68c1ff3dd5c9eaed92cd9f8fcf]]

**CERTIFICATE**

**(To be completed by the institution of incarceration)**

I certify that the applicant named herein ha the sum of $ 1.60 on account to

his/her credit at (name of institution) RCI . I further

certify that during the past six months the applicant's average monthly balance was

$ 130.28 and the applicant's average monthly deposits were $ 213.66 . I

have attached a certified copy of the applicant's prison trust fund account statement showing at

least the past six months' transactions.

I further certify that the applicant does/does not have a secondary savings account(s) such

as a certificate of deposit or savings bond.  The secondary account(s) balance is

$ 0 .

9/19/24
DATE

_MOu_ F.A.
SIGNATURE OF AUTHORIZED OFFICER

COLUMBUS OH 430

INMATE MAIL

15 APR 2025 PM 1 L

FIRST-CLASS

US POSTAGE ᴾᴮ PITNEY BOWES

ZIP 45601 $ 000.69⁰
02 7W
0008036187 MAR 08 2025

CLERK· UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION
85 MARCONI BLVD.
COLUMBUS, OHIO

215-283510          4/13/15