UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

| | |
|---|---|
| BRIAN KEITH ALFORD, | : Case No. 2:24-cv-4184 |
| Plaintiff, | : |
| vs. | : District Judge Edmund A. Sargus, Jr. |
| | : Magistrate Judge Peter B. Silvain, Jr. |
| DRC—DIRECTOR ANNETTE CHAMBERS-SMITH, *et al.*, | : |
| Defendants. | : |

**ORDER**

This case is before the Court upon Plaintiff's Motion for Extension of Time. (Doc. #8). Plaintiff requests a thirty-day extension of time to file his application to proceed *in forma pauperis* and cashier statement. *Id.*

For good cause shown, Plaintiff's Motion for Extension of Time (Doc. #8) is hereby **GRANTED**. Plaintiff is therefore **ORDERED** to pay $405 ($350 filing fee plus $55 administrative fee) or submit to the Court a completed Application and Affidavit By Incarcerated Person to Proceed Without Prepayment of Fees form, including the "Certificate" page (page 8 of the Application and Affidavit By Incarcerated Person to Proceed Without Prepayment of Fees form that is used in this Court), completed and signed by the institutional cashier, and a certified copy of his prison trust fund account statement (or institutional equivalent) for the preceding six-month period by **May 19, 2025**.

The **CLERK OF COURT** is further **DIRECTED** to send a copy of this Order to the cashier of the prison at which Plaintiff is confined.

Plaintiff is also **ORDERED** to keep the Court apprised of any changes to his address during

the pendency of this case.

**IT IS SO ORDERED.**

April 18, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge