UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION



| | |
|---|---|
| BRIAN KEITH ALFORD,<br><br>    Plaintiff, | Case No. 2:24-cv-04184 |
| Vs- | District Judge Edmund A Sargus Jr. |
| DRC-DIRECTOR ANNETTE<br>CHAMBERS-SMITH, ET. AL.,<br><br>    Defendants. | Magistrate Judge Peter B. Silvain Jr. |

| | |
|---|---|
| BRIAN KEITH ALFORD,<br><br>    Plaintiff | Case No. 2:25-cv-00187 |
| -vs- | JUDGE MICHAEL W. WATSON |
| DR. HAWK, EL. AL.,<br><br>Defendants. | |

REQUEST FOR ISSUANCE OF AN ORDER

TO CASHIER OF ROSS CORRECTIONAL/

REQUEST FOR ADDITIONAL TIME

Comes now Plaintiff, Brian Keith Alford, *pro se*, in the above captioned case, and hereby request that the Court issue an order directing the Cashier at Ross Correctional to

1

complete and mail to the Court a certified cashier statement, six month deposits, and application to proceed In Forma Pauperis in the above case. A memorandum in support is attached hereto in in support of Plaintiff's request.

## MEMORANDUM IN SUPPORT

Plaintiff has made numerous request for the cashier to print his previous six month deposits, and complete a cashier statement and mail both to the court for processing Plaintiff's request for In Forma Pauperis status. Plaintiff has previously requested a thirty (30) day extension to provide same to the court on March 31st, 2025 in the case no. 2:24-cv-04184 and on April 11th, 2025 in case no. 2:25-cv-00187, as the cashier advised Plaintiff would have to provide a self-addressed stamped envelope with the six months deposits and In Forma Pauperis application, because the self-addressed envelope with the six months deposits and application for both cases were not provided to Unit Sgt. Marsh until April 11th, 2025 due to the cashier having to print a second six months deposit because the first did not reach Plaintiff. However, as of April 17th, 2025 the cashier alleged he had not received the documents for processing, in spite of Unit Sgt. Marsh confirming today April 18th, 2025 that he had forwarded the documents to the cashier for processing. Therefore, Plaintiff request such additional time for the cashier to provide the documents to the court, as Plaintiff reportedly is not allowed to have the cashier statement in his possession with the cashier's signature on it, per the Inspector, in spite of previously having done so [see communication attached to first request for 30 day extension]. Therefore, in order to prevent subverting plaintiff's litigation, Plaintiff request that the Court issue an ORDER to the cashier of Ross

2

Correctional Institution to process the application, six month deposits and cashier statement doe both cases, It is so prayed.

>Respectfully submitted,
>
>*[signature]*
>Brian Keith Alford A196-744
>
>Ross Correctional Institution
>
>P.O. Box 7010
>
>Chillicothe, Ohio 45601

VERIFICATION: I hereby swear under penalty of perjury that the information contained herein is true and accurate to the best of my knowledge pursuant to 28 U.S.C. 1746.

*[signature]*
Brian Keith Alford A196-744

>PLAINTIFF, *pro se*
>
>Dated April 18th, 2025

3

BRIAN KEITH ALFORD A196-744
ROSS CORRECTIONAL INSTITUTION
P.O. BOX 7010
CHILLICOTHE, OHIO
　　　　45601

(LEGAL)

**INMATE FREE LETTER**
DRC 4052 (8/98)
ACA 3-4431, 3-4262-4263

COLUMBUS OH 430
INMATE
21 APR 2025 PM 3
MAIL
FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 45601 $ 000.69⁰
02 7W
0008036187 FEB 05 2025

CLERK- UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION
85 MARCONI BLVD.
COLUMBUS, OHIO
43215

X-RAY ✓

U.S. MARSHALS SERVICE