Form IN FORMA PAUPERIS – 1 (Rev. 12/1/20, OHSD)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

BRIAN KEITH ALFORD

Plaintiff(s),

-vs-

ANNETTE CHAMBERS-SMITH

Defendant(s)

Case No. 2:24-CV-4184

## APPLICATION AND AFFIDAVIT BY INCARCERATED PERSON
## TO PROCEED WITHOUT PREPAYMENT OF FEES

### NOTICE TO PRISONERS REGARDING
### PROCEEDINGS *IN FORMA PAUPERIS*

**Prisoner account statement required.** A prisoner seeking to bring a civil action or file an appeal without prepayment of fees or security therefor must submit a certified copy of the trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint or the filing of a notice of appeal. Prison Litigation Reform Act of 1995, Pub L. No. 104-131, 110 Stat. 1321, § 804(a)(1)-(3), 28 U.S.C. §1915(a)-(h). The trust fund account statement is obtained from the cashier of the prison or prisons at which the prisoner was confined during the previous six months. 28 U.S.C. § 1915(a)(2). Since an appeal is a separate action, another application to proceed without prepayment of fees or security therefor must be filed when you file a notice of appeal. A prisoner seeking habeas corpus relief is not required to file a prisoner account statement.

**Filing Fees.** The current fees for filing a habeas corpus petition, civil complaint, and notice of appeal are:

- Habeas Corpus Petition ............................................. $ 5.00
- Civil Complaint (IFP Denied) .................................... $ 402.00
- Civil Complaint (IFP Granted) .................................. $ 350.00
- Appeal .......................................................................... $ 505.00

# AFFIDAVIT

I, BRIAN KEITH ALFARO, declare that I am the (check appropriate box):

☒ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of the full filing fee or costs under 28 U.S.C. § 1915, I declare that I am unable to prepay the full filing fee or the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under the penalty of perjury:

1. Are you currently incarcerated? ☒ Yes ☐ No

    If "Yes", state the place of incarceration: ROSS CORRECTIONAL INSTITUTION

    (If "No" this is the wrong form for you. You should request the Non-Prisoner Declaration in Support of Request to Proceed *In Forma Pauperis*.)

2. Do you have a work, program, status assignment or other circumstances which causes you to be paid by the prison, jail, or other custodial institution? ☒ Yes ☐ No

    If "Yes", state the amount credited to you each month: $ 19.00 /month

3. In the past 12 months have you received any money from the following sources? If so, state the total amount received.

    | | | | | Amount |
    |---|---|---|---|---|
    | a. Business, profession or other self-employment | ☐ Yes | ☒ No | | $ |
    | b. Rent payments, interest or dividends | ☐ Yes | ☒ No | | $ |
    | c. Pensions, annuities or Life insurance payments | ☐ Yes | ☒ No | | $ |
    | d. Disability or workers compensation payments | ☒ Yes | ☐ No | | $ SEE PRINTOUT |
    | e. Gifts or inheritances | ☒ Yes | ☐ No | | $ SEE PRINTOUT |
    | f. Any other sources | ☐ Yes | ☒ No | | $ |

5

If the answer to any of the above is "Yes", describe each source of money and state the amount received **and** what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts outside the prison?

   ☐ Yes   ☒ No   Amount $_____

5. Do you have a secondary savings account, such as a certificate of deposit or a savings bond, which is recorded by the prison cashier?

   ☐ Yes   ☒ No   Amount $_____

6. Do you own any assets, including real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

   ☐ Yes   ☒ No

   If "Yes", describe each asset and state its value:

   ASSET                                              VALUE

   Autos _____    $_____

   (Make/Model/Year) _____

   Stocks _____    $_____

   _____    $_____

   Bonds _____    $_____

   Notes _____    $_____

   Real Estate _____    $_____

   $_____ (mortgage)

   Other _____    $_____

6

7. Have you on three or more prior occasions, while incarcerated or detained in any prison, jail or other facility, brought an action in a court of the United States that was dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☒ Yes ☐ No

If "Yes" list the dismissals:

| Date Dismissed | Case Name | Case Number |
|---|---|---|
| 4-16-24 | ALFORD V. RICE | 2:24-CV-35 |
| 2-15-2011 | ALFORD V. SADOWSKI | 4:10-CV-2542 |
| 9-15-97 | ALFORD V. WILKERSON | C2-97-997 |
| | | |
| | | |

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have submitted above a complete statement of all the assets I possess and that all of the information is true and correct.

I understand that my signature below authorizes the institution of incarceration to forward from my account to the Clerk of the Court any initial partial filing fee assessed by the Court in the amount of 20 percent of the great of the average monthly deposits to my prison account or the average monthly balance in my prison account for the six month period immediately preceding the filing of the complaint. Therefore, I authorize the institution of incarceration to forward monthly payments of 20 percent of my preceding month's income credited to my prison account until I have paid the full amount of the filing fee.

5-9-25
DATE

[signature] A196744
SIGNATURE OF APPLICANT

**Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of your prison trust fund account statement from the institution(s) of your incarceration showing at least the past six months' transactions.**

7

## CERTIFICATE

### (TO BE COMPLETED BY THE INSTITUTION CASHIER)

I certify that the applicant named herein _____ # _____ has the sum of $_____ on account to his credit at Ross Correctional Institution. I further certify that during the past six months the applicant's average monthly balance was $_____ and the applicant's average monthly deposits were $_____. I have attached a certified copy of the applicant's prison trust fund account statement showing at least the past six months transactions.

I further certify that the applicant does/does not have a secondary savings account(s), such as a certificate of deposit or a savings bond. The secondary account(s) balance is $_____.

_____  
**Date**

_____  
**Signature of Authorized Officer**

04/28/2025

# Ross Correctional Institution

## Inmate Demand Statement

| Inmate Name: | ALFORD, BRIAN K | | Number: | A196744 |
|---|---|---|---|---|
| Lock Location: | RCI,H2,A,,,132B | | | |

Date Range: 10/01/2024 Through 04/29/2025

| Beginning Account Balances: | | | | Ending Account Balances: | | | |
|---|---|---|---|---|---|---|---|
| | Saving | Debt | Payable | | Saving | Debt | Payable |
| Child and Spou | $0.00 | $0.00 | $0.00 | Child and Spousal | $4.75 | $0.00 | $0.00 |
| Inmate's Perso | $0.07 | $0.00 | $0.00 | Inmate's Personal | $14.50 | $0.00 | $0.00 |
| **Begin Totals** | **$0.07** | **$0.00** | **$0.00** | **End Totals** | **$19.25** | **$0.00** | **$0.00** |

| Transaction Date / Inst. | Transaction Amount | Description | Comment | Saving Balance | Debt Balance | Payable Balance |
|---|---|---|---|---|---|---|
| 10/01/2024 RCI | $0.00 | $15.00 Reservation to Pos Exemption | Odrc Pos Exemption | $0.07 | $0.00 | $0.00 |
| 10/04/2024 RCI | $12.00 | State Pay | State Pay | $12.07 | $0.00 | $0.00 |
| 10/07/2024 RCI | $171.23 | Direct - Government Check | VA COMP CHECK SEPT 2024 CK 5754 | $183.30 | $0.00 | $0.00 |
| 10/08/2024 RCI | ($2.31) | Postage Charges (USPS) | POSTAGE OHIO INNOCENCE PROJECT | $180.99 | $0.00 | $0.00 |
| 10/08/2024 RCI | ($2.00) | Medical Co-Payment | DOS 10/7/2024 | $178.99 | $0.00 | $2.00 |
| 10/09/2024 RCI | ($1.10) | Copy Charges | COPIES | $177.89 | $0.00 | $2.00 |
| 10/09/2024 RCI | ($6.70) | Copy Charges | COPIES | $171.19 | $0.00 | $2.00 |
| 10/09/2024 RCI | ($152.72) | Commissary Sale | Ticket Number 669196 | $18.47 | $0.00 | $2.00 |
| 10/10/2024 RCI | ($0.28) | Postage Charges (USPS) | POSTAGE B WILLIAMS | $18.19 | $0.00 | $2.00 |
| 10/15/2024 RCI | ($0.29) | Postage Charges (USPS) | POSTAGE CLERK OF THE SUPREME COURT | $17.90 | $0.00 | $2.00 |
| 10/15/2024 RCI | ($0.29) | Postage Charges (USPS) | POSTAGE M CORNERY | $17.61 | $0.00 | $2.00 |
| 10/16/2024 RCI | ($6.10) | Copy Charges | COPIES | $11.51 | $0.00 | $2.00 |

Page: 1/7   A196744   ALFORD, BRIAN K                                     RCI   04/28/2025

| Date | Amount/Description | Reference | Balance | | |
|---|---|---|---|---|---|
| 10/21/2024 RCI | ($1.65) Copy Charges | COPIES | $9.86 | $0.00 | $2.00 |
| 10/22/2024 RCI | $50.00 OffConnect Kiosk Deposit | 22137964526755/Alford, Joshua | $59.86 | $0.00 | $2.00 |
| 10/25/2024 RCI | ($3.15) Copy Charges | COPIES | $56.71 | $0.00 | $2.00 |
| 10/28/2024 RCI | ($53.47) Commissary Sale | Ticket Number 670841 | $3.24 | $0.00 | $2.00 |
| 10/31/2024 RCI | ($3.00) Payment to CHILD SUPPORT PAYMENT CENTRAL | PAID 10/31/2024 | $0.24 | $0.00 | $2.00 |
| 10/31/2024 RCI | ($2.00) Payment to Medical Co-Pay Fund | PAID 10/31/2024 | $0.24 | $0.00 | $0.00 |
| 11/01/2024 RCI | $0.00 $15.00 Reservation to Pos Exemption | Odrc Pos Exemption | $0.24 | $0.00 | $0.00 |
| 11/06/2024 RCI | $171.23 Direct - Government Check | VA COMP CHECK OCT CK 2075 | $171.47 | $0.00 | $0.00 |
| 11/08/2024 RCI | $15.50 State Pay | State Pay | $186.97 | $0.00 | $0.00 |
| 11/08/2024 RCI | ($0.45) Copy Charges | COPIES | $186.52 | $0.00 | $0.00 |
| 11/08/2024 RCI | ($16.00) Copy Charges | COPIES | $170.52 | $0.00 | $0.00 |
| 11/12/2024 RCI | ($3.43) Postage Charges (USPS) | POSTAGE ATTORNEY GENERAL | $167.09 | $0.00 | $0.00 |
| 11/12/2024 RCI | ($3.15) Postage Charges (USPS) | POSTAGE US DISTRICT COURT | $163.94 | $0.00 | $0.00 |
| 11/12/2024 RCI | ($0.28) Postage Charges (USPS) | POSTAGE SUPREME COURT OF OHIO | $163.66 | $0.00 | $0.00 |
| 11/12/2024 RCI | ($0.28) Postage Charges (USPS) | POSTAGE ASSISTANT ATTORNEY GENERAL | $163.38 | $0.00 | $0.00 |
| 11/12/2024 RCI | ($152.75) Commissary Sale | Ticket Number 672277 | $10.63 | $0.00 | $0.00 |
| 11/13/2024 RCI | ($0.97) Postage Charges (USPS) | POSTAGE CLERK US DISTRICT COURT | $9.66 | $0.00 | $0.00 |

| Date | Amount/Description | Reference | Balance | | |
|---|---|---|---|---|---|
| 11/13/2024 RCI | ($0.56) Postage Charges (USPS) | POSTAGE CLERK US DISTRICT COURT | $9.10 | $0.00 | $0.00 |
| 11/22/2024 RCI | $300.00 Release of Claim | RELEASE OF CLAIM I/M ALFROD 196744 CK 6859 | $309.10 | $0.00 | $0.00 |
| 11/25/2024 RCI | ($3.85) ID's - Lost Inmate IDs | COPIES | $305.25 | $0.00 | $0.00 |
| 11/25/2024 RCI | $3.85 Reversed ID's - Lost Inmate IDs | Reversed Task No. 94936131 | $309.10 | $0.00 | $0.00 |
| 11/25/2024 RCI | ($3.85) Copy Charges | COPIES | $305.25 | $0.00 | $0.00 |
| 11/25/2024 RCI | ($5.70) Copy Charges | COPIES | $299.55 | $0.00 | $0.00 |
| 12/01/2024 RCI | ($15.00) Inmate's Personal Account | POS Exemption Transfer | $284.55 | $0.00 | $0.00 |
| 12/01/2024 RCI | $15.00 Pos Exemption | POS Exemption Transfer | $299.55 | $0.00 | $0.00 |
| 12/02/2024 RCI | ($8.80) Copy Charges | COPIES | $290.75 | $0.00 | $0.00 |
| 12/02/2024 RCI | ($0.60) Copy Charges | COPIES | $290.15 | $0.00 | $0.00 |
| 12/02/2024 RCI | $171.23 Direct - Government Check | VA COMP CHECK 0783 | $461.38 | $0.00 | $0.00 |
| 12/03/2024 RCI | ($3.88) Payment to CHILD SUPPORT PAYMENT CENTRAL | PAID 12/3/2024 | $457.50 | $0.00 | $0.00 |
| 12/06/2024 RCI | $19.00 State Pay | State Pay | $476.50 | $0.00 | $0.00 |
| 12/06/2024 RCI | ($250.00) Withdrawal to CHERITA ALFORD | CK 104340 | $226.50 | $0.00 | $0.00 |
| 12/09/2024 RCI | ($180.60) Commissary Sale | Ticket Number 675096 | $45.90 | $0.00 | $0.00 |
| 12/13/2024 RCI | ($0.45) Copy Charges | COPIES | $45.45 | $0.00 | $0.00 |
| 12/20/2024 RCI | ($27.86) Commissary Sale | Ticket Number 676990 | $17.59 | $0.00 | $0.00 |
| 12/23/2024 | ($0.35) Copy Charges | copies 6 mo. demand statement | $17.24 | $0.00 | $0.00 |

| | Date | Amount | Description | Reference | Balance | | |
|---|---|---|---|---|---|---|---|
| RCI | 12/23/2024 | ($3.56) Commissary Sale | Ticket Number 677257 | $13.68 | $0.00 | $0.00 | |
| RCI | 12/24/2024 | ($2.40) Copy Charges | COPIES | $11.28 | $0.00 | $0.00 | |
| RCI | 12/24/2024 | $3.56 Commissary Sale | Ticket Number 677406 | $14.84 | $0.00 | $0.00 | |
| RCI | 12/31/2024 | ($4.75) Payment to CHILD SUPPORT PAYMENT CENTRAL | PAID 12/31/24 | $10.09 | $0.00 | $0.00 | |
| RCI | 01/01/2025 | $0.00 $11.44 Reservation to Pos Exemption | Odrc Pos Exemption | $10.09 | $0.00 | $0.00 | |
| RCI | 01/03/2025 | $15.75 State Pay | State Pay | $25.84 | $0.00 | $0.00 | |
| RCI | 01/03/2025 | $175.51 Direct - Government Check | VA COMP CHECK 4925 | $201.35 | $0.00 | $0.00 | |
| RCI | 01/16/2025 | ($187.05) Commissary Sale | Ticket Number 678728 | $14.30 | $0.00 | $0.00 | |
| RCI | 01/17/2025 | ($0.28) Postage Charges (USPS) | POSTAGE SUPREME COURT | $14.02 | $0.00 | $0.00 | |
| RCI | 01/24/2025 | ($1.25) Copy Charges | COPIES | $12.77 | $0.00 | $0.00 | |
| RCI | 01/24/2025 | ($1.50) Copy Charges | COPIES | $11.27 | $0.00 | $0.00 | |
| RCI | 01/24/2025 | ($2.75) Copy Charges | COPIES | $8.52 | $0.00 | $0.00 | |
| RCI | 01/28/2025 | ($2.59) Postage Charges (USPS) | POSTAGE CLERK US DISTRICT COURT | $5.93 | $0.00 | $0.00 | |
| RCI | 01/31/2025 | ($1.50) Commissary Sale | Ticket Number 680670 | $4.43 | $0.00 | $0.00 | |
| RCI | 01/31/2025 | ($3.94) Payment to CHILD SUPPORT PAYMENT CENTRAL | PAID 1/31/25 | $0.49 | $0.00 | $0.00 | |
| RCI | 02/01/2025 | $0.00 $15.00 Reservation to Pos Exemption | Odrc Pos Exemption | $0.49 | $0.00 | $0.00 | |
| RCI | 02/07/2025 | $19.00 State Pay | State Pay | $19.49 | $0.00 | $0.00 | |
| RCI | | | | | | | |

Page: 4/7  A196744  ALFORD, BRIAN K  RCI  04/28/2025

| Date | Amount | Description | Reference | Balance | | |
|---|---|---|---|---|---|---|
| 02/07/2025 RCI | $175.51 | Direct - Government Check | VA COMP CHECK 5949 | $195.00 | $0.00 | $0.00 |
| 02/10/2025 RCI | ($187.03) | Commissary Sale | Ticket Number 681585 | $7.97 | $0.00 | $0.00 |
| 02/20/2025 RCI | ($2.00) | Medical Co-Payment | DOS 2/7/2025 | $5.97 | $0.00 | $2.00 |
| 02/21/2025 RCI | ($0.28) | Postage Charges (USPS) | POSTAGE CLERK US DISTRICT COURT | $5.69 | $0.00 | $2.00 |
| 02/24/2025 RCI | ($0.76) | Commissary Sale | Ticket Number 683395 | $4.93 | $0.00 | $2.00 |
| 02/27/2025 RCI | $2.00 | Reversed Medical Co-Payment | Reversed Task No. 96060459 | $6.93 | $0.00 | $0.00 |
| 02/28/2025 RCI | ($4.75) | Payment to CHILD SUPPORT PAYMENT CENTRAL | paid 2/28/25 | $2.18 | $0.00 | $0.00 |
| 03/01/2025 RCI | $0.00 | $15.00 Reservation to Pos Exemption | Odrc Pos Exemption | $2.18 | $0.00 | $0.00 |
| 03/07/2025 RCI | $19.00 | State Pay | State Pay | $21.18 | $0.00 | $0.00 |
| 03/07/2025 RCI | ($0.28) | Postage Charges (USPS) | POSTAGE C ALFROD | $20.90 | $0.00 | $0.00 |
| 03/07/2025 RCI | $175.51 | Direct - Government Check | VA COMP CHECK 9782 | $196.41 | $0.00 | $0.00 |
| 03/10/2025 RCI | ($186.02) | Commissary Sale | Ticket Number 684657 | $10.39 | $0.00 | $0.00 |
| 03/21/2025 RCI | ($0.35) | Copy Charges | COPIES | $10.04 | $0.00 | $0.00 |
| 03/24/2025 RCI | $151.05 | OffConnect Kiosk Deposit | 22300700233638/Alford, Joshua | $161.09 | $0.00 | $0.00 |
| 03/25/2025 RCI | ($123.58) | Commissary Sale | Ticket Number 686583 | $37.51 | $0.00 | $0.00 |
| 03/31/2025 RCI | ($4.75) | Payment to CHILD SUPPORT PAYMENT CENTRAL | PAID 3/31/25 | $32.76 | $0.00 | $0.00 |
| 04/01/2025 RCI | ($15.00) | Inmate's Personal Account | POS Exemption Transfer | $17.76 | $0.00 | $0.00 |
| 04/01/2025 RCI | $15.00 | Pos Exemption | POS Exemption Transfer | $32.76 | $0.00 | $0.00 |

Page: 5/7  A196744  ALFORD, BRIAN K  RCI  04/28/2025

| | | | | | |
|---|---|---|---|---|---|
| RCI 04/03/2025 | ($0.25) Copy Charges | COPIES | $32.51 | $0.00 | $0.00 |
| RCI 04/04/2025 | $19.00 State Pay | State Pay | $51.51 | $0.00 | $0.00 |
| RCI 04/04/2025 | $175.51 Direct - Government Check | VA COMP CHECK 4998 | $227.02 | $0.00 | $0.00 |
| RCI 04/09/2025 | ($218.09) Commissary Sale | Ticket Number 688058 | $8.93 | $0.00 | $0.00 |
| RCI 04/12/2025 | $25.00 OffConnect Kiosk Deposit | 22326025205157/McIntosh, Carla | $33.93 | $0.00 | $0.00 |
| RCI 04/12/2025 | $50.00 OffConnect Kiosk Deposit | 22326039606693/alford, Louella | $83.93 | $0.00 | $0.00 |
| RCI 04/15/2025 | ($0.28) Postage Charges (USPS) | Marcy Vonderwell | $83.65 | $0.00 | $0.00 |
| RCI 04/15/2025 | ($3.43) Postage Charges (USPS) | Clerk-U.S. Court of appeals | $80.22 | $0.00 | $0.00 |
| RCI 04/15/2025 | ($4.91) Postage Charges (USPS) | Clerk-U.S. District Court Northern District | $75.31 | $0.00 | $0.00 |
| RCI 04/15/2025 | ($0.60) Copy Charges | copies | $74.71 | $0.00 | $0.00 |
| RCI 04/24/2025 | ($1.05) Copy Charges | COPIES | $73.66 | $0.00 | $0.00 |
| RCI 04/24/2025 | ($54.41) Commissary Sale | Ticket Number 690049 | $19.25 | $0.00 | $0.00 |
| RCI | | | | | |

Outstanding Debts:

| Start Date | Description | Case | Agency | County | Total Debt | Paid to Date | Balance Owed |
|---|---|---|---|---|---|---|---|
| 02/13/2023 | Federal Filing Fee Initial Partial | 1:15-CV-645 | U.S. District Clerk of Court | | ($22.85) | $22.85 | $0.00 |
| 02/14/2018 | Federal Filing Fee Initial Partial | 1:15-cv-645 O.G. | U.S. District Clerk of Court | | ($8.22) | $8.22 | $0.00 |
| 02/13/2023 | Federal Filing Fee Remaining Balance | 1:15-CV-645 | U.S. District Clerk of Court | | ($482.15) | $482.15 | $0.00 |
| 02/14/2018 | Federal Filing Fee Remaining Balance | 1:15-cv-645 O.G. | U.S. District Clerk of Court | | ($496.78) | $496.78 | $0.00 |
| 08/09/2023 | RIB - No Cash Slip Signature | RCI-23-008265 | Offender Financial Responsibility Fund - Treasurer of State | | ($11.31) | $11.31 | $0.00 |
| 04/06/2022 | RIB - With Cash Slip Signature | MACI-21-008611 | Offender Financial Responsibility Fund - Treasurer of State | | ($25.00) | $25.00 | $0.00 |

Page: 6/7   A196744   ALFORD, BRIAN K   RCI   04/28/2025

| | Total Outstanding Case Balances | $0.00 |
|---|---|---|

Outstanding Holds:

| Start Date | Description | Case | Agency | County | Total Debt | Paid to Date | Balance Owed |
|---|---|---|---|---|---|---|---|
| 05/14/2013 | Child and Spousal Support | 7003461063 | CHILD SUPPORT PAYMENT CENTRAL | Montgomery | | $673.59 | |
| | | | Total Outstanding Case Holds | | $0.00 | | |

Outstanding Investments / EPC:

| Investment Type | Investment Type Description | Invest Company | Company Description | Balance |
|---|---|---|---|---|
| | | | | |

Page: 7/7    A196744    ALFORD, BRIAN K                                              RCI    04/28/2025