BRIAN KEITH ALFORD
ROSS CORRECTIONAL IN
P.O. BOX 7010
CHILLICOTHE, OHIO
    45601

(LEGAL)

CLERK- UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS
85 MARCONI BLVD.
COLUMBUS, OHIO
    43215

INMATE FREE LETTER
DRC 4052 (8/98)
ACA 3-4431, 3-4262-4263