BRIAN K. ALFORD A796-744
ROSS CORRECTIONAL INSTITUTION
P.O. BOX 7010
CHILLICOTHE, OHIO
45601

[LEGAL]

CLERK - UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION
85 MARCONI BLVD.
COLUMBUS, OHIO
43215

**INMATE FREE LETTER**
DRC 4052 (8/98)
ACA 3-4431, 3-4262-4263

US POSTAGE — PITNEY BOWES
ZIP 45601 $ 000.63
02 7W
0008036187 AUG 06 2025

US POSTAGE — PITNEY BOWES
ZIP 45601 $ 000.63
02 4W
0000370685

X-RAY U.S. MARSHALS SERVICE