IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION AT COLUMBUS



**BRIAN KEITH ALFORD,**

    Plaintiff-Appellant,            Case No. 2:24-cv-4184

Vs                                            Magistrate Judge Peter B. Silvain Jr.

**DRC DIR. ANNETTE CHAMBERS-SMITH,**    Judge Douglas R. Cole

et. al,

    Defendants-Appellees.

### NOTICE OF APPEAL

Notice is hereby given that Plaintiff-Appellant Brian Keith Alford, pro se, hereby appeals the dismissal in the above captioned case rendered on October 14th, 2025 to the Sixth Circuit Court of Appeals this 17th day of October, 2025.

Respectfully submitted,

*/s/ Brian Keith Alford*

Brian Keith Alford A196-744

Ross Correctional Institution

P.O. Box 7010

Chillicothe, Ohio 45601

Plaintiff-Appellant, pro se