BRIAN K. ALFORD A796144
ROSS CORRECTIONAL INSTITUTION
P.O. BOX 7010
CHILLICOTHE, OHIO
45801

(LEGAL)

CLERK - UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION - COLUMBUS
85 MARCONI BLVD.
COLUMBUS, OHIO 43215

**INMATE FREE LETTER**
DRC 4052 (8/98)
ACA 3-4431, 3-4262-4263

US POSTAGE — PITNEY BOWES
ZIP 45601 $000.05
02 7W
0008036187 OCT 17 2025

US POSTAGE — PITNEY BOWES
ZIP 45601 $000.69
02 4W
0000370685 JUL 24 2024