UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION AT COLUMBUS



BRIAN KEITH ALFORD,　　　　　　　　　　CASE NO: 2-24-CV-4184

　Plaintiff,

-vs-　　　　　　　　　　　　　　　　　District Judge Edmund A. Sargus, Jr.

　　　　　　　　　　　　　　　　　　　Magistrate Judge Peter B. Silvain, Jr.

DRC-DIRECTOR ANNETTE,

CHAMBERS-SMITH, et. al.,

　Defendants.

OBJECTIONS TO THE MAGISTRATE REPORT

AND RECOMMENDATIONS RENDERED

ON OCTOBER 14TH, 2025

Plaintiff, in the above captioned case hereby files his objections to the entirety of the Magistrates Report and Recommendations denying In Forma Pauperis status. A memorandum in support is attached in support of Plaintiff's objections.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　Brian Keith Alford A196-744

1

## MEMORANDUM IN SUPPORT

**Plaintiff states that he meets the imminent danger requirement in order to proceed without pre-payment of the filing fee. Pursuant to a prior decision in Alford V. Mohr, Court of Appeals Case Number 16-3134, "a plaintiff who alleges a danger of serious harm due to the failure to treat a chronic illness or condition satisfies the imminent-danger exception under 1915(g)** *Vandiver,* 727 F. 3d at 587. "Because "[t]he imminent danger exception is essentially a pleading requirement subject to the ordinary principles of notice pleading, "Plaintiff is entitled to have his complaint liberally construed" and [] need only to assert allegations of imminent danger," rather than "affirmatively prove those allegations." *Vandiver V. Vastbender,* 416 F. Appx. 560, 562 (6th Cir. 2011), and then quoting *Tucker V. pentrich*, 483 F. Appx. 28, 30 (6th Cir. 2012)).

Plaintiff respectfully request that this Court take Judicial notice of the following facts: (1) On April 18th, 2025 this Court issued an order to the prison cashier office to complete a signed verified copy of Plaintiff's prison trust fund account statement (or institutional equivalent) for the preceding six months to this court by May 19th, 2025 [see attached hereto]. The statement was mailed to the court on May 12th, 2025 [see personal withdrawal slip attached hereto]; (2)

2

That since the filing of this complaint, Plaintiff has been placed in imminent threat of danger or serious bodily harm when RCI Hospital staff delayed providing treatment to plaintiff interrelated to his chronic liver disease and nearly died from the failure to treat from December 7th, 2024 to December 10th, 2024 where he was hospitalized at OSU with double kidney infection, bladder infection, a blood clot on his left lung, and the loss of 36 pounds before he was transported to OSU medical center on December 23rd, 2024 where he remained until December 29th, 2024 when he was housed in RCI Medical Hospital from December 29th, 2024 to January 2nd, 2025. [See Alford V. Hawk, et al., 2:25-CV-00187 attached hereto]; (3) that the remaining claims in Plaintiff's complaint place Plaintiff in Imminent threat danger of death or serious bodily harm [housing placement with a PREA inmate using intoxicants; denial of treatment for liver disease since 2011; legal malpractice involving a separate 1983 for failure to treat which is on appeal Alford V. Zilles, 25-3461; retaliation and 48 months continuance for exercising his First Amendment right to seek redress of retaliation on appeal in Alford V. Pressley, Case Number 25-3815; intentional destruction of property ; interfering with his right to testify truthfully in an assault by prison staff on another inmate; denial of access of adequate access to law library, issuance of false conduct reports, but not limited to].

3

## CONCLUSION

It is therefore recommended that this cause of action be allowed to proceed and Plaintiff be granted In Forma Pauperis in order to prove his allegations.

VERIFICATION:

I hereby swear under penalty of perjury that the information contained herein is true and accurate to the best of my knowledge and belief pursuant to 28 U.S.C. 1746, this 19th Day of October 2025.

*[signature]*
Brian Keith Alford A196-744
Ross Correctional Institution
P.O. Box 7010
Chillicothe, Ohio 45601
Plaintiff, pro se

4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| BRIAN KEITH ALFORD, | : | Case No. 2:24-cv-4184 |
| Plaintiff, | : | |
| vs. | : | District Judge Edmund A. Sargus, Jr. |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| DRC—DIRECTOR ANNETTE CHAMBERS-SMITH, *et al.*, | : | |
| Defendants. | : | |

## ORDER

This case is before the Court upon Plaintiff's Motion for Extension of Time. (Doc. #8). Plaintiff requests a thirty-day extension of time to file his application to proceed *in forma pauperis* and cashier statement. *Id.*

For good cause shown, Plaintiff's Motion for Extension of Time (Doc. #8) is hereby **GRANTED**. Plaintiff is therefore **ORDERED** to pay $405 ($350 filing fee plus $55 administrative fee) or submit to the Court a completed Application and Affidavit By Incarcerated Person to Proceed Without Prepayment of Fees form, including the "Certificate" page (page 8 of the Application and Affidavit By Incarcerated Person to Proceed Without Prepayment of Fees form that is used in this Court), completed and signed by the institutional cashier, and a certified copy of his prison trust fund account statement (or institutional equivalent) for the preceding six-month period by **May 19, 2025**.

The **CLERK OF COURT** is further **DIRECTED** to send a copy of this Order to the cashier of the prison at which Plaintiff is confined.

Plaintiff is also **ORDERED** to keep the Court apprised of any changes to his address during

the pendency of this case.

**IT IS SO ORDERED.**

April 18, 2025

s/*Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge

(LEGAL) (SEND TO CASHIER)

# Personal A/C Withdrawal Check Out-Slip

| Dollars: | Cents: |
|---|---|
| | |

| Institution: | Date: |
|---|---|
| RCI | |

Name: CLERK- UNITED STATES DISTRICT COURT - SD - OD

Address: 35 MARCONI BLVD.

| City: | State: | Zip Code: |
|---|---|---|
| COLUMBUS | OHIO | 43215 |

☒ Postage  ☐ Copies  ☐ ID  ☐ Misc. _____  ☐ Check-out CK # _____

The inmate's signature on this withdrawal request verifies that the information listed above has been read to or by the inmate and is correct. In the event of an error in the address which results in the return of this package, the inmate shall assume financial responsibility.

| Inmate's Signature: Alfie A— | Number: A196744 | Block & Cell Number: ZA 132 |
|---|---|---|
| Approved By: B.J. Williams | Witnessed: | |

**RECEIVED**

| Ship VIA: | Date Processed: MAY 12 2025 |
|---|---|

DRC 1004 (Rev. 3/01)   DISTRIBUTION:   WHITE - Cashier   CANARY- Inmate   Pink- _____   ACA 4046

BY: _____