**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

| | | |
|---|---|---|
| BRIAN KEITH ALFORD, | : | Case No. 2:24-cv-4184 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | District Judge Douglas R. Cole |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| DRC—DIRECTOR ANNETTE | : | |
| CHAMBERS-SMITH, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

This case is before the Court upon *pro se* Plaintiff Brian Keith Alford's Motion for Extension of Time.  (Doc. #23).  Plaintiff requests an additional thirty days to file an amended complaint pursuant to United States District Judge Douglas R. Cole's April 29, 2026 Order.  *Id.*

For good cause shown, Plaintiff's Motion for Extension of Time (Doc. #23) is hereby **GRANTED**.  Plaintiff's amended complaint is due on or before **June 11, 2026**.

**IT IS SO ORDERED.**

May 12, 2026

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge