IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION AT COLUMBUS

SCANNED AT RCI and E-Mailed to
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
on JUNE19, 20 26
by L. Birnbaum

No. of Pgs. 15

BRIAN KETH ALFORD,                                  CASE NO: 2:24-CV-4184

    Plaintiff,

-vs-

ANNETTE CHAMBERS-SMITH, DIRECTOR,

ODRC, et al.

PLAINTIFF'S EXHIBIT 10

TO AMENDED COMPLAINT

Now comes Plaintiff Brian Keith Alford, *pro se*, and hereby submits his Exhibit 10 which was unintentionally omitted from his e-fling on June 1th, 2026 from the Ross Correctional Institution.

Verification: I hereby swear under penalty of perjury that the information contained herein is true, accurate and complete pursuant to 28 U.S.C. 1746.

BRIAN KEITH ALFORD A196-744

ROSS CORRECTIONAL INSTITUTION

P.O. BOX 7010

CHILLICOTHE, OHIO 45601

PLAINTIFF, *PRO SE*

**EXHIBIT 10**

Report and Recommendation (ECF No. 4) are **OVERRULED**; the Report and Recommendation (ECF No. 3) is **ADOPTED**; Plaintiff's claims against the staff members of the London Correctional Institution and the Toledo Correctional Institution are **DISMISSED WITHOUT PREJUDICE**; and Plaintiff's Motion for Leave to Proceed in Forma Pauperis (ECF No. 1) is **DENIED**.

## I.

Plaintiff Brian Keith Alford ("Plaintiff") is currently an inmate in an Ohio state penitentiary and is proceeding without the assistance of counsel. (See generally Compl. [ECF No. 1-1]; see also IFP Mot. [ECF No. 1]). Plaintiff's Complaint alleges violations of Title 42, United States Code, Sections 1983 and 1985, against twenty-eight (28) named Defendants, including: Ohio Department of Rehabilitations and Correction ("ODRC") and Adult Parole Authority ("APA") officials (collectively "APA Defendants"); **[*2]** London Correctional Institution ("LCI") staff members ("LCI Defendants"); and Toledo Correctional Institution ("TCI") staff members ("TCI Defendants"). (See generally id.).

Plaintiff's Complaint appears to allege different claims against the three defendant groups. (See generally id.). Plaintiff alleges that the LCI Defendants violated his constitutional rights while he was incarcerated at LCI; more specifically Plaintiff alleges:

1) Defendant Peterman prohibited Plaintiff from making legal phone calls and phone calls to his dying mother, (id. ¶ 40);

2) Defendant Peterman ordered Defendant Salyers to file a false conduct report against Plaintiff, (id.);

3) Defendants Peterman and Salyers constructed a second false report against Plaintiff, (id.);

4) During an interview following Plaintiff's reporting of Defendants Peterman and Salyers to the Prison Rape Elimination Act ("PREA") Tips Line, Defendants Crissler and Westfall threatened Plaintiff for reporting Defendants Peterman and Salyers, (id.);

5) Defendants Noble, Justus, Parrish, Brann, and Witrrup "failed to correct . . . their subordinates[']" constitutional violations after being given notice of such violations, (id.);

6) Prior to Plaintiff's **[*3]** rules infraction board ("RIB") hearing, Defendants Baker and Webb informed Plaintiff that "he would be found guilty" regardless of the evidence Plaintiff presented, and Plaintiff was denied due process at this hearing, (id. ¶ 41);

7) Defendant Baker's report of the RIB hearing fails to note Plaintiff's request that an inmate testify, which was denied, (see id. ¶ 41, 42);

8) While in Limited Privilege Housing ("LPH"), Plaintiff was discriminated against as he was denied "adequate recreation time, [was] forced to house in cells that did not provide adequate cooling during extreme summer temperatures . . . [,]" (id. ¶ 42);

9) Defendants Baker and Webb took the actions discussed supra to retaliate against Plaintiff for the exercise of his First Amendment rights, and Defendants Mohr, Wittrup, Noble, Parrish, Peterman, and Brann "implicitly authorized, approved, or knowingly" acquiesced such retaliation, (id.);

10) Upon transfer from LCI to Southern Ohio Correctional Facility ("SOCF") Defendant Tabitha Killian, 1 the mailroom supervisor at LCI, or an unnamed transport officer failed to ship Plaintiff's legal documents out of LCI, (id. ¶ 43); and

11) Defendant Decarlo Blackwell, 2 the Inspector at LCI, Defendant **[*4]** Mohr, and Defendant Noble allowed for the procedural errors which led to the mishandling and failing to transport Plaintiff's legal documents to SOCF. (See id. ¶ 44).

Plaintiff also alleges that the TCI Defendants violated his constitutional rights while he resided at TCI. As to the TCI Defendants, Plaintiff alleges that:

1) Human waste was found in a dishwasher at TCI, and that this is the fourth time human waste was found in a food service area, (id. ¶ 52); and

2) Defendant De La Cruz, the Chief Medical Examiner at TCI, failed to treat Plaintiff's Hepatitis C and the symptoms associated with the disease. (id. ¶¶ 51, 56).

Page: 1

| Ref# TOCl1217000325 | Housing:A2W0001 | Date Created:12/28/2017 |
| --- | --- | --- |
| ID#: A196744 | Name:ALFORD,BRIAN | |
| Form:Appeal | Subject:Property (Transport) | Description:Property (Transport) |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*12/28/2017 9:39:29 AM : ( a196744 ) wrote*
THIS INFORMAL COMPLAINT IS DIERCTED TO LT. KILLIAN'S SUPERVISOR AT LOCI. ON 7-11-17 LT. KILLIAN WAS PRESENT DURING THE TIME I WAS ODERED TO PACKAGE MY LEGAL BOX FOR SHIPPING TO MY FATHER WILLIE ALFORD AT 744 LASALLE DRIVE DAYTON, OHIO 45417. SHE CAN BE SEEN WALKING PAST THE AREA WHERE REPACKAGING TOOK PLACE, SAYINT "EXCUSE ME SIR" EACH TIME SHE PASSED BY ME.I HAVE RETAINED THE PINK COPY OF THE CASH SLIP AUTHORIZING THE PACKAGAGE TO BE SHIPPED AT MY EXPENSE BUT THE PACKAGE WAS NEVER SHIPPED BECAUSE IT NEVER ARRIVED AND I NEVER RECEIVED THE YELLOW COPY OF THE CASH SLIP. REQUEST THAT LT LILLIAN BE REMOVED FROM ODRC FOR INAPPROPRIATE SUPERVISION AND RETALIATION FOR INTENTIONAL DESTRUCTION OF MY LEGAL PROPERTY AND REQUEST COMPENSATION FOR MY PROPERTY.

Communications / Case Actions
*12/28/2017 9:39:29 AM : ( a196744 ) wrote*
Form has been submitted

*1/6/2018 1:10:45 PM : ( Tabitha Killian ) wrote*
First, according to the Informal complaint procedure you have only 14 days to file an informal complaint from the date of the incident. You were transferred from Loci on 7-11-2017. However, you did not file an informal complaint until December of 2017. The time lapse is past the fourteen day requirement and certainly well past a reasonable amount of time for a mailing issue. However, you should know that I am not in possession of your property and did not destroy your property.

*1/6/2018 1:10:53 PM : ( Tabitha Killian ) wrote*
Closed incarcerated individual form

*1/7/2018 2:49:22 PM : ( a196744 ) wrote*
Escalated to Grievance

*1/7/2018 2:49:22 PM : ( a196744 ) wrote*
SINCE APRIL 20TH, 2017 THE DATE OF THE LOSS OF MY MOTHER, I HAVE HAD LITLE COMMUNICATION WITH MY FATHER DUE TO HIS AGE (83) AND MORNING THE LOSS OF MY MOTHER. I DID NOT CONFIRM THE FACT THAT MY LEGAL BOX NEVER MADE IT TO MY FATHER UNTIL YM ARRIVAL TO TOCI ON 11-1-17 OR SHORTLY THEREAFTER. AT THAT TIME, I COMMENCED THE GREIVANCE PROCEDURE TOCI 111700123; TOCI 1117000251; TOCI 1217000141 AND TOCI1217000282. I HAVE PROVEN BY A PREPONDERANCE OF THE EVIDENCE THAT I SUFFERED A LOSS AND THAT MY LOSS WAS THE PROXIMATE RESULT OF DEFENDANTS ACTIONS.PURSUANT TO 5120:-31(K)(1)(2) THE TIE FRAME FOR FILING OF ICR ADN NOG COULD HAVE BEEN WAIVED FOR GOOD CAUSE SHOWN. IN ADDITION, BECAU THSI ACT WAS INTENTIONAL ITVIOALTES 5120:9-31(H) AS IT SHOWS A CAUSAL CONNECTION TO PLANTIFF'S PROTECTED LIBERTY INTEREST AND THE ADVERSE ACTIONS TAKEN BY DEFENDANTS, NI VIOLATION OF R.C. 2921.45(A), DRC POLICY 59-LEG-,01.V. AND 42 U.S.C. 1983.(SEE CASE NO. 1:15-CV-00645; 2016-00038;2017-00592). AMD WILLING TO RELEASE CLAIM IN THE AMOUNT OF 300.00 PURSUANT TO R.C. 2743.02 AND 5120:9-37 OAC. OTHERWISE, REQUEST REMOVAL OF LT. KILLIAN, JOHN DOE TRANSPORT OFFICER FROM DRC AND COMPLETE REIMBURSEMENT FOR MY LOSS AND WILL SEEK ADDITIONAL DAMAGES IN THE AMOUNT OF 150,000.00 AGANST BOTH AFTER SUPLEMENTING THEM INTO CASE NO. 1:15-CV-00645.IF YOU ARE NOT IN POSSESSION OF MY PROPERTY, YOU PURPOSELY DESTROYED IT. SEE ATTACHEMENTS CASH SLIPS 7-1-17; 7-6-17, LETTER 3-26-14; CASE DOCKET 4-3-2012 DOC NOS 11 THROUGH 15; KITE 12-29-17;12-26-17; NOG 11-30-17; ORDER 11-14-17 CASE NO 17-3680 ATTACHED.

*1/21/2018 2:47:25 PM : ( System ) wrote*
Closed incarcerated individual form

*1/22/2018 8:14:27 AM : ( Derek Burkhart ) wrote*
Re-Opened incarcerated individual form

*1/22/2018 1:31:43 PM : ( Derek Burkhart ) wrote*
Extension was added to give LoCl additional time to investigate your complaint.

*2/2/2018 12:22:21 PM : ( DeCarlo Blackwell ) wrote*
Inmate Alford I am in receipt of your NOG regarding LoCl failing to mail your legal work to your father on July 11, 2017. You indicated that you retained a copy of the cash slip. You sate Lt, Killian, Mailroom Supervisor is responsible for your property and she should be removed from her job for failure to mail your property

| Ref# TOCI1217000325 | Housing:A2W0001 | Date Created:12/28/2017 |
|---|---|---|

*2/2/2018 12:22:30 PM : ( DeCarlo Blackwell ) wrote*
Closed incarcerated individual form - Disposition: Denied

*2/6/2018 4:36:58 PM : ( a196744 ) wrote*
Escalated to Appeal

*2/6/2018 4:36:58 PM : ( a196744 ) wrote*
AT ALL TIMES MENTIONED IN THIS ACTION, PLAINTIFF WAS AN INMATE IN THE CUSTODY AND CONTROL OF DEFENDANTS PURSUANT TO R.C. 5120.16. PLAINTIFF HAS ESTABLISHED BY A PREPONDERANCE OF THE EVIDENCE THAT HE SUFFERED A LOSS AND THAT THE LOSS WAS PROXIMATELY CAUSED BY DEFENDANT'S NEGLIGENCE. DEFENDANT IS RESPONSIBLE FOR AN ITEM ONCE IT OBTAINED POSESSION OF PLAINTIFF'S LEGAL BOX UNDER THE BAILMENT RELATIONSHIP BETWEEN DEFENDANTS AND PLAINTIFF, WHICH REQUIRED EXERCISE OF ORDINARY CARE IN HANDLING AND STORING THE PROPERTY OF PLAINTIFF. THE WRITTEN RECORD ESTABLISHES DEFENDANT TOOK POSSESSION OF THE LEGAL BOX AFTER PLAINTIFF PACKED IT FOR SHIPMENT, AND THE BOX WAS NEVER MAILED OUT AND CANNOT BE LOCATED PER RESPONSE OF DEFENDANT DECARLO BLACKWELL ON 2-2-18. (SEE THEFT/LOSS REPORT 12-28-17, CASH SLIP COPY 7-11-17), PROVING IMPOSITION OF A LEGAL DUTY ON THE PART OF DEFENDANTS. BECAUSE PLAINTIFF HAS PROVEN BY A PREPONDERANCE OF THE  EVIDENCE THAT DEFENDANT'S WERE RESPONSIBLE FOR THE LOSS OF PLAINTIFF'S LEGAL BOX WHICH CONTAINED 2.4 CUBIC FEET OF FEDERAL DISCOVERY DOCUMENTS WHICH WILL COST .50 CENTS PER PAGE TO REPLACE, REQUEST PARTIAL COMPENSATION IN THE AMOUNT OF 300.00 IMMEDIATELY FOR DEFENDANT'S INTENTIONAL NEGLIGENCE. (SEE LETTER 3-26-14 COURT OF APPEALS-SIXTH CIRCUIT). BECAUSE DEFENDANT TABITHA KILLIAN TRIED TO CONCEAL THIS NEGLIGENCE BY RESPONDING TO THE ICR DIRECTED TO HER SUPERVISOR ON 1-1-18 AT 10:45p.m. REQUEST REMOVAL OF DEFENDANT TABITHA KILLIAN FROM ODRC.

*3/12/2018 12:58:26 PM : ( Candace Henry ) wrote*
March 12, 2018
Alford , Brian - 196744
Dear Mr. Alford:
Please be advised that additional time will be required before a decision can be made concerning your appeal.  This extension is needed by the writer in order to affect a fair and proper resolution.
Sincerely,
Candace Henry
Chief Inspector's Office

*4/27/2018 10:56:00 AM : ( Antonio Lee ) wrote*
The office of the Chief Inspector is in receipt of your disposition of grievance, your original grievance, and your appeal to this office.  A review of your appeal has been completed.  The decision of the Inspector is hereby AFFIRMED.
In reaching this decision, I reviewed the inspector's disposition, your original grievance, and your appeal to this office. Additionally, I reviewed Administrative Rule 5120-9-31 and your grievance history.
Based on the aforementioned information, I have determined that the inspector responded appropriately to your complaint.  You provided no additional information which refutes the inspector's findings.   I find no violation of policy; therefore I find no merit to your appeal.
This office will take no further action on this matter at this time.

*4/27/2018 10:56:06 AM : ( Antonio Lee ) wrote*
Closed incarcerated individual form - Disposition: Affirmed with comments

Manual Fill-In

_____

_____

_____

_____

_____

Page: 3

Ref# TOCI1217000325 | Housing:A2W0001 | Date Created:12/28/2017

BRIAN ALFORD A196744 TOCI A1W0014 ID:380813260 [P 1/1]

You have received a *jpay* letter, the fastest way to get mail

From : BRIAN ALFORD, ID: A196744
To : STG Services
Date : 2/11/2018 10:22:35 AM EST,     Letter ID: 380813260
Location : TOCI
Housing : A1W0014


Sent by: BRIAN ALFORD (a196744)
Agency: Ohio Department of Rehabilitation and Correction
Facility/Housing Unit: Toledo Correctional Institution/A1E0014
Date: 02/11/2018 10:18:53

Please do not reply to this email

THIS IS DIRECTED TO THE DIRECTOR OF ODRC, GARY MOHR. PURSUANT TO 5120-9-31(A) THE DEPARTMENT OF REHABILITATION AND CORRECTIONS SHALL PROVIDE INMATES WITH ACCESS TO AN INMATE GRIEVANCE PROCEDURE. THIS PROCEDURE IS DESIGNED TO ADDRESS INMATE COMPLAINTS RELATED TO ANY ASPEPCT OF INSTITIONAL LIFE THAT DIRECTLY AND PERSONALLY AFFECTS THE GRIEVANT. TIS MAY INCLUDE COMPLAINTS REGARDING POLICIES, PROCEDURES, CONDITIONS OF CONFINEMENT, OR THE ACTIONS OF INSTITIONAL STAFF. IN ADDITION, PURSUANT TO 5120-9-31(L) APPROPRIATE REMEDIES FOR VALID GRIEVANCES SHALL BE PROVIDED. IF THE RESOLUTION OF A GRIEVANCE OR PORTION THEREOF IS NOT WITHIN THE SCOPE OF THE INSPECTOR OF INSTUTITONAL SERVICES AUTHORITY, THE INSPECTOR OF INSTITUTIONAL SERVICES SHALL SUBMIT THE FINDINGS AND RECOMMENDATIONS CONCERNING THE GRIEVANCE TO THE WARDEN FOR THE WARDEN'S APPROVAL, MODIFICATION OR DISPROVAL. THE WARDEN SHALL RESPOND IN WRITING TO THE INSPECTOR WITHIN 14 CALENDER DAYS. THE INSPECTOR SHALL PROVIDE TO THE OFFICE OF CHIEF INSPECTOR THE REPORT TO THE WARDEN, THAT INCLUDES THE WARDEN'S DECISION. DEFENDANT DECARLO BLACKWELL AND WARDEN JEFFREY NOBLE OF LONDON CORRECTIONAL INSTITUTION ARE IN VIOLATION OF THESE PROCEDURES. PLAINTIFF HAS ESTABLISHED BY A PREPONDERANCE OF THE EVIDENCE THAT HE SUFFERED A LOSS AND THAT HIS LOSS WAS THE PROXIMATE RESULT OF DEFENDANT'S NEGLIGENCE. DEFENDANT IS RESPONSIBLE FOR PLAINTIFF'S PROPERTY WAS IT OBTAINED POSSESSION OF THE PROPERTY UNDER THE BAILMENT RELATIONSHIP WITH PLAINTIFF AND DEFENDANTS. REQUEST THAT MY GRIEVANCE BE IMMEDIATLEY RESPONDED TO AND PROMPT RESOLUTION OF SAME TO INCLUDE REIMBURSMENT OF 300.00 FOR INTENTIONAL DESTRUCTION OF PLAINTIFF'S 2.4 CUBIC FOOT LEGAL BOX.

*jpay* Tell your friends and family to visit www.jpay.com to write letters and send money!

BRIAN ALFORD A196744 TOCI A1W0014 ID:381424789 [P 1/1]

---

**You have received a _jpay_ letter, the fastest way to get mail**

From : BRIAN ALFORD, ID: A196744
To : STG Services
Date : 2/12/2018 2:57:00 PM EST,   Letter ID: 381424789
Location : TOCI
Housing : A1W0014


Sent by: BRIAN ALFORD (a196744)
Agency: Ohio Department of Rehabilitation and Correction
Facility/Housing Unit: Toledo Correctional Institution/A1E0014
Date: 02/12/2018 14:53:15

Please do not reply to this email

TO: GARY MOHR-DIRECTOR. PLAINTIFF HAS ESTABLISHED DEFENDANTS WERE PUBLIC SERVANTS ACTING UNDER COLOR OF HIS/HER OFFICE, OR AUTHORITY, TO KNOWINGLY DEPRIVE, OR CONSPIRE OR ATTEMPT TO DEPRIVE PLAINTIFF OF HIS CONSTITUTIONALLY PROTECTED FIRST AMENDMENT RIGHTS IN VIOLATION OF R.C. 2921.45(A) AND THEREFORE ARE LIABLE FOR DAMAGES UNDER 42 U.S.C. 1983. BECAUSE THE CHIEF INSPECTOR, AND DECARLO BLACKWELL-INSPECTOR, LONDON CORRECTIONAL INSTITUTION, COMMITED AFFIRMATIVE ACTS, PARTICIPATED IN ANOTHER'S AFFIRMATIVE ACTS, OR OMITTED TO PERFORM AN ACT WHICH THEY WERE LEGALLY REQUIRED TO DO THAT CAUSED THE DEPRIVATION OF PLANTIFF'S RIGHTS SECURED UNDER THE CONSTUTITION, AND FAILED TO TAKE AN ACTION THAT HE HAS A CLEARLY ESTABLISHED DUTY TO TAKE AND THAT FAILURE IS A FORESEEABLE CONTRIBUTING FACTOR TO THE VIOLATION OF A PLAINTIFF'S CONSTITUTIONAL RIGHTS, UNDER 42 U.S.C. 1983 IMMUNITY IS UNAVAILABLE. THIS WOULD INCLUDE THE DIRECTOR OF ODRC.

---

_jpay_ Tell your friends and family to visit www.jpay.com to write letters and send money!

BRIAN ALFORD A196744 TOCI A1W0014 ID:382726954 [P 1/1]

*You have received a* **jpay** *letter, the fastest way to get mail*

From   : BRIAN ALFORD, ID: A196744
To :  STG Services
Date : 2/15/2018 9:33:55 AM EST,    Letter ID: 382726954
Location :  TOCI
Housing :  A1W0014

Sent by: BRIAN ALFORD (a196744)
Agency: Ohio Department of Rehabilitation and Correction
Facility/Housing Unit: Toledo Correctional Institution/A1E0014
Date: 02/15/2018 09:30:07

Please do not reply to this email

TO;GARY MOHR, DIRECTOR ODRC. THIS SI MY THIRD CORRESPONDENCE TO YOUR OFFICE REGARDING INTENTIONAL DELAY IN RESOLUTION A VIABLE CLAIM FOR INTENTIONAL DESTRUCTION OF MY 2.4 CUBIC FOOT LEGAL BOX SOMETIME BETWEEN 7-11-17 AND 11-9-17. THE CHIEF INSPECTOR ASKED FOR AN EXTENSION ON 1-20-18 IN MY FIRST APPEAL ON THIS ISSUE, AND I CURRENTLY HAVE ONE DIRECT GRIEVANEC AGAINST DEFENDANT DECARLO BLACKWELL-LONDON CORRECTIONAL INSTITUTION, AND AN APPEAL OF THE DENIAL OF MY SECOND GRIEVANCE ON THIS ISSUE ON 2-2-18. THE GRIEVANCE PROCEDURE IN OHIO IS INEFFECTIVE TO CHALLENGE MAJOR CONSTITUTIONAL VIOLATIONS SUCH AS THOSE ENUMERATED IN THE CURRENT AND PAST GRIEVANCES, WHICH ARE ALSO OUTLINED CIVIL NO. 1:15-CV-00645 ALFORD V MOHR. YOUR PROMPT ASSISTANCE IN EXPEDIENT RESOLUTION OF MY CLAIM AND PROMPT PAYMENT IS HIGHLY RECOMMENDED AT THIS TIME.

**jpay** *Tell your friends and family to visit www.jpay.com to write letters and send money!*

BRIAN ALFORD A196744 TOCI A1W0014 ID:383241638 [P 1/1]

---

**You have received a jpay letter, the fastest way to get mail**

---

From  : BRIAN ALFORD, ID: A196744
To :  STG Services
Date :  2/16/2018 1:54:10 PM EST,    Letter ID: 383241638   Parent Letter ID: 263101668
Location :  TOCI
Housing :  A1W0014

Sent by: BRIAN ALFORD (a196744)
Agency: Ohio Department of Rehabilitation and Correction
Facility/Housing Unit: Toledo Correctional Institution/A1E0014
Date: 02/16/2018 13:50:21

Please do not reply to this email

DEAR JPAY REPRESENTITIVE: ON THE FOLLOWING DATES I HAVE SENT E-MAIL COMMUNICATION TO THE DIRECTOR OF ODRC REGARDING INITIATING A CRIMINAL INVESTIGATION FOR THE INTENTIONAL DESTRUCTION OF MY 2.4 CUBIC FOOT LEGAL BOX: 2-7-18; 2-9-18(2), 2-11-18, 2-12-18 AND 2-15-18 RESPECTIVELY. I NEED TO ENSURE THAT THE DIRECTOR-GARY MOHR HAS RECEIVED THIS CORRESPONDENCE AND IS WORKING TO RESOLVE MY PROPERTY ISSUE EXPEDIENTLY. THANK YOU FOR YOUR TIME AND COOPERATION.

---

Jpay Tell your friends and family to visit www.jpay.com to write letters and send money!

BRIAN ALFORD A196744 TOCI A1W0014 ID:383916927 [P 1/1]

**You have received a *jpay* letter, the fastest way to get mail**

From : BRIAN ALFORD, ID: A196744
To : STG Services
Date : 2/18/2018 4:49:14 PM EST,    Letter ID: 383916927
Location : TOCI
Housing : A1W0014


Sent by: BRIAN ALFORD (a196744)
Agency: Ohio Department of Rehabilitation and Correction
Facility/Housing Unit: Toledo Correctional Institution/A1E0014
Date: 02/18/2018 16:45:22

Please do not reply to this email

IT HAS BEEN WELL OVER ONE WEEK SINCE MY FIRST REQUEST FOR A CRIMINAL INVESTIGATION INVOLVING THE INTENTIONAL DESTRUCTION OF MY 2.4 CUBIC FOOT LEGAL BOX AND INTENTIONAL DELAY FOR REIMBURSEMENT OF SAME. YOUR IMMEDIATE REPLY IS WARRANTED AT THIS TIME.

BRIAN ALFORD A196744 TOCI A1W0014 ID:386366905 [P 1/1]

*You have received a* **jpay** *letter, the fastest way to get mail*

From : BRIAN ALFORD, ID: A196744
To : STG Services
Date : 2/24/2018 9:16:13 AM EST,    Letter ID: 386366905
Location : TOCI
Housing : A1W0014

Sent by: BRIAN ALFORD (a196744)
Agency: Ohio Department of Rehabilitation and Correction
Facility/Housing Unit: Toledo Correctional Institution/A1E0014
Date: 02/24/2018 09:12:14

Please do not reply to this email

SUBJECT: VIOLATION OF STATUTES/DESTRUCTION OF LEGAL PROPERTY. ON 2-7-18, 2-9-18(2 E-MAILS), 2-11-18, 2-12-18, 2-15-18, 2-16-18 AND 2-18-18 RESPECTIVELY I SENT E-MAIL COMMUNICATION THROUGH STG LINE REGARDING INITIATING CRIMINAL INVESTIGATION FOR THE INTENTIONAL DESTRUCTION OF MY 2.4 CUBIC FOOTLEGAL BOX. ALTHOUGH THIS ISSUE IS CURRENTLY WITH THE CHIEF INSPECTORS OFFICE, IT IS OVERDUE IN APPEAL NO. TOCI1217000141. AN EXTENSION WAS ADDED ON 1-29-18 PER CANDACE HENRY, BUT THERE IS NO INDICATION HOW LONG THE EXTENTION WAS GRANTED FOR. THE GRIEVANCE PROCEDURE IN OHIO SEEMS INEFFECTIVE TO ADDRESS AND CORRECT DUE PROCESS, EQUAL PROTECTION AND FIRST AMENDMENT RIGHT TO SEEK REDRESS OF GRIEVANCE VIOLATIONS. THIS IS UNFORTUNATE AND LEAVES ONLY ONE VIABLE OPTION: REDRESS UNDER 42 U.S.C. 1983 FOR VIOLATION OF R.C. 2921.45(A) FOR VIOLATION OF THE OHIO AND UNITED STATES CONSTITUIONS. PER TELEPHONE CALL TO LEGAL SERVICES EARLIER THIS WEEK, MY FAMILY WERE INFORMED THAT I MUST FOLLOW MY CHAIN OF COMMAND. HOWEVER, I HAVE DONE EXACTLY THAT AND HAVE GOTTEN NO RESULTS TO DATE. I'VE RECEIVD NO COMMUNICATION FROM THIS OFFICE ON THE PREVIOUS E-MAILS I'EV SENT DIERCTED TO LEGAL SERVICES AND DIRECTOR MOHR. IN REALITY, ATTEMPTS TO EXHAUST TO THE SECOND LEVEL - NOG - IS ALL THAT IS REQUIRED PRIOR TO SEEKING ACTION IN U.S. DISTRICT COURT FOR REDRESS. SINCE I HAVE PENDING LITIGATION IN COURT UNDER ALFROD V. MOHR, ET AL., 1:15-CV-00645 AND OBJECTIONS TO THE REPORT AND RECOMMENDATIONS ISSUED ON 1-5-18 ARE PENDING, TIME IS OF THE ESSENCE IN RESOLVING AND CORRECTING THESE VIOLATIONS. YOUR PROMPT RESPONSE IS WARRANTED IN THIS VITALLY IMPORTANT MATTER.

**jpay** *Tell your friends and family to visit www.jpay.com to write letters and send money!*

0A517 BRIAN ALFORD A196744 TOCI A1W0014 ID:390159205 [P 1/1]

GET / HTTP/1.1
Host: 10.251.40.61

*You have received a JPay letter, the fastest way to get mail*

From  : BRIAN ALFORD, ID: A196744
To : STG Services
Date : 3/5/2018 2:19:09 PM EST,  Letter ID: 390159205
Location : TOCI
Housing : A1W0014

Sent by: BRIAN ALFORD (a196744)
Agency: Ohio Department of Rehabilitation and Correction
Facility/Housing Unit: Toledo Correctional Institution/A1E0014
Date: 03/05/2018 14:14:59

Please do not reply to this email

ATTENTION: I HAVE SENT E-MAILS ON THE FOLLOWING DATES REGARDING AN INVESTIGATION INTO INTENTIONAL DESTRUCTION OF 2.4 CUBIC FEET OF LEGAL DOCUMENTS BY DEPARTMENT EMPLOYEES: 2-7-18, 2-9-18(2), 2-11-18, 2-12-18, 2-15-18, 2-16-18, 2-18-18 AND 2-24-18. HOWEVER, NON OF MY E-MAILS HAVE BEEN ANSWERED TO DATE. I HAVE ALSO SENT COMMUNICATION DIRECTLY TO DIRECTOR GARY MOHR REGARDING THIS ISSSUE. BECAUSE IT IS DELINQUENT, YOUR RESPONSE IS GREATLY APPRECIATED AND WARRANTED.

Franklin County Ohio Court of Appeals Clerk of Courts- 2023 Apr 04 3:46 PM-22AP000779

*JPay Tell your friends and family to visit www.jpay.com to write letters and send money!*

BRIAN ALFORD A196744 TOCI A1W0014 ID:393833119 [P 1/1]

You have received a *jpay* letter, the fastest way to get mail

From : BRIAN ALFORD, ID: A196744
To : STG Services
Date : 3/14/2018 8:40:47 AM EST,    Letter ID: 393833119
Location : TOCI
Housing : A1W0014

Sent by: BRIAN ALFORD (a196744)
Agency: Ohio Department of Rehabilitation and Correction
Facility/Housing Unit: Toledo Correctional Institution/A1E0014
Date: 03/14/2018 08:36:26

Please do not reply to this email

I HAVE SENT NUMEROUS COMMUNICATIONS TO THIS OFFICE RGARDING A CRIMINAL INVESTIGATION INTO THE INTENTIONAL DESTRUCTION OF MY 2.4. CUBIC FOOT LEGAL BOX CONTAINING VITAL LEGAL DOCUMENTS TO CONTINUE LITIGATION IN MY FEDERAL CONVICTION IN CASE NUMBER 3:00-CR-0065 UNITED STATES V. ALFORD. THE CHIEF INSPECTOR'S OFFICE HAS BEEN INTENTIONALLY DELAYING RULINGS ON TWO APPEALS IN THIS ISSUE, AS WELL AS DENYING, ERRONEOUSLY, DIRECT GRIEVANCES AGAINST DECARLO BLACKWELL-INSPECTOR OF LONDON CORRECTIONAL INSTITUTION. THE DIRECTOR GARY MOHR WAS CONTACTED REGARDING THIS ISSUE AS WELL, YET FAILED TO RESPOND OR TAKE ACTION. THEREFORE, THIS IS SIMPLY NOTICE TO YOU THAT A CRIMINAL INVESTIGATION AGAINST THE CHIEF INSPECTOR'S OFFICE IS HIGHLY RECOMMENDED AS WELL. YOUR PROMPT ASSISTANCE AND RESPONSE IS APPRECIATED AND REQUESTED IN THESE ISSUES, SINCE THE DELAY BY CHIEF INSPECTOR'S OFFICE PRESENTS ADDITIONAL PROBLEMS/OBSTACLES WITH CONTINUED LITIGATION.

*jpay* Tell your friends and family to visit www.jpay.com to write letters and send money!

BRIAN ALFORD A196744 TOCI A1W0014 ID:390159205 [P 1/1]

*You have received a **jpay** letter, the fastest way to get mail*

From : BRIAN ALFORD, ID: A196744
To : STG Services
Date : 3/5/2018 2:19:09 PM EST,    Letter ID: 390159205
Location : TOCI
Housing : A1W0014


Sent by: BRIAN ALFORD (a196744)
Agency: Ohio Department of Rehabilitation and Correction
Facility/Housing Unit: Toledo Correctional Institution/A1E0014
Date: 03/05/2018 14:14:59

Please do not reply to this email

ATTENTION: I HAVE SENT E-MAILS  ON THE FOLLOWING DATES REGARDING AN INVESTIGATION INTO INTENTIONAL DESTRUCTION OF 2.4 CUBIC FEET OF LEGAL DOCUMENTS BY DEPARTMENT EMPLOYEES: 2-7-18, 2-9-18(2), 2-11-18, 2-12-18, 2-15-18, 2-16-18, 2-18-18 AND 2-24-18. HOWEVER, NON OF MY E-MAILS HAVE BEEN ANSWERED TO DATE. I HAVE ALSO SENT COMMUNICATION DIRECTLY TO DIRECTOR GARY MOHR REGARDING THIS ISSSUE. BECAUSE IT IS DELINQUENT, YOUR RESPONSE IS GREATLY APPRECIATED AND WARRANTED.

**jpay** Tell your friends and family to visit www.jpay.com to write letters and send money!