**EXHIBIT 5**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **Brian Keith Alford,** | ) |
| | ) Case Number: 3:21-cv-1123 |
| Plaintiff, | ) |
| vs. | ) Judge: James G. Carr |
| | ) |
| **Robert Zilles, *et al.*,** | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

---

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Counsel for plaintiff Brian Keith Alford ("Alford") files this Motion for Leave to Withdraw as Counsel, respectfully requesting that this Court grant leave for counsel to file a motion to withdraw as counsel for Alford by January 3, 2025. In support of the instant Motion, counsel states as follows:

"An attorney's 'withdrawal is presumptively appropriate where the [Model Rules of Professional Conduct and the Local Rules] requirements are satisfied.' *Cleary v. DePuy Orthopaedics, Inc.*, No. 1:11-dp-20820, 2019 U.S. Dist. LEXIS 156042, at *1 (N.D. Ohio Sep. 12, 2019) (quoting *Brandon v. Blech*, 560 F.3d 536, 538 (6th Cir. 2009). Counsel may withdraw in this Court after (1) providing written notice to the client and all other parties in a case, and (2) obtaining leave of court. LR 83.9.

1

On December 16, 2024, this Court granted leave for counsel to withdraw by December 19, 2024. Prior to the date of this filing, Counsel had not provided written notice to Alford of counsel's intent to withdraw.[1] Counsel recognizes the need to withdraw—albeit reluctantly—as a result of being named a defendant in another lawsuit filed by the plaintiff. However, at the time of this Court's order on December 16, 2024, counsel was awaiting a reply from Alford regarding unrelated correspondence. This may have demonstrated to Alford based on filings on the docket that counsel has worked on Alford's case during a.m. hours. Counsel was hopeful that Alford would voluntarily dismiss counsel from the lawsuit as a result of seeing additional evidence of counsel's work on the instant case. Counsel asserts that voluntary withdrawal of a lawsuit filed against counsel, without any communication from counsel related to the lawsuit, may have constituted grounds for voluntary withdrawal, rather than mandatory withdrawal. *Compare* ABA-AMRPC Rule 1.16(a) to ABA-AMRPC Rule 1.16(b) (differentiating between when a lawyer can withdraw from representation with when a lawyer must withdraw from representation). Regrettably, correspondence from Alford has since been received by counsel, and counsel now has no choice but to involuntarily seek mandatory withdrawal from the instant case pursuant to ABA-AMRPC Rule 1.16(a)(1) and Rule 1.8(b). *See* ABA-AMRPC Rule 1.8(b) (stating that a lawyer shall not use information relating to representation of a client to the disadvantage of the client).

As of the time of this filing, counsel has provided written communication to Alford and all parties to the instant case of counsel's intent to withdraw. Additionally, counsel's proposed motion

---

[1] Prior to the date of this filing, counsel provided Alford with all documents in counsel's case file pursuant to this Court December 16, 2024, order having continuously provided Alford with all documents simultaneous with counsel's receipt of said documents.

2

to withdraw is attached to the instant motion and will be filed should this court grant leave for its filing.

## CONCLUSION

Counsel explored all realistic avenues in good faith that may have permitted counsel to continue to represent Alford in the instant case; these options are now materially precluded. Counsel asserts that this constitutes good cause for this Court to permit counsel to withdraw by January 3, 2024.

Dated: December 27, 2024

Respectfully submitted,

*Joseph Sobecki*

**Joseph Sobecki**
405 Madison Avenue, Suite 910
Toledo, Ohio 43604
Direct: (419) 283-9282
Office: (419) 242-9908
Facsimile: (419) 242-9937
Email: joseph@josephsobecki.com
*Attorney for Plaintiff, Brian Keith Alford*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Electronic Filing (CM/ECF) on December 27, 2024, on all counsel or parties of record on the service list below.

*Joseph Sobecki*

Joseph Sobecki

3

## SERVICE LIST

**Anita Barker, Candy Babb, Derek Burkhart, DeLa Cruz, Dennis Seger, Robert Zilles**
c/o Assistant Ohio Attorney General Marcy Ann Vonderwell
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215
Phone: (614) 644-7233
Facsimile: (866) 521-9902
Email: marcy.vonderwell@ohioago.gov

**Anita Barker, Candy Babb, Derek Burkhart, DeLa Cruz, Dennis Seger, Robert Zilles**
c/o Senior Assistant Ohio Attorney General Andrew T. Gatti
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215
Phone: (614) 644-7233
Facsimile: (855) 665-2568
Email: andrew.gatti@ohioago.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **Brian Keith Alford,** | ) |
| | ) Case Number: 3:21-cv-1123 |
| Plaintiff, | ) |
| | ) Judge: James G. Carr |
| vs. | ) |
| | ) |
| **Robert Zilles,** *et al.,* | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

## MOTION TO WITHDRAW AS COUNSEL

Counsel for plaintiff Brian Keith Alford ("Alford") files this Motion to Withdraw as Counsel, respectfully requesting that this Court permit counsel to withdraw as Alford's counsel. In support of the instant Motion, counsel states as follows:

On December 6, 2024, counsel became aware that Alford filed a verified amended complaint in case number 2:24-cv-4184 captioned *Brian Kieth Alford v. Annette Chambers Smith, et al.,* in the United States District Court for the Eastern District of Ohio, naming counsel as a defendant. Alford asserts that counsel failed to obtain Alford's medical files and informed Plaintiff that his case was going to be dismissed. *Id.* at 10.

"[W]ithdrawal is presumptively appropriate where the [Model Rules of Professional Conduct and the Local Rules] requirements are satisfied." *Brandon v. Blech*, 560 F.3d 536, 538

1

(6th Cir. 2009). Counsel may withdraw in this Court after (1) providing written notice to the client and all other parties in a case, and (2) obtaining leave of court. LR 83.9.

Counsel must withdraw from representation if "the representation will result in violation of the Rules of Professional Conduct or other law." ABA-AMRPC Rule 1.16(a). In order to respond to Alford's allegations, counsel may need to cite to discovery orders, expert reports, and the availability of retained experts to review medical records. "A lawyer shall not use information relating to representation of a client to the disadvantage of the client unless the client gives informed consent…" ABA-AMRPC Rule 1.8(b). Alford has not provided counsel with informed consent. Counsel asserts that it would be inappropriate to request informed consent from Alford to use information relating to the representation in the instant case to Alford's disadvantage in another case. As a result, Counsel must reluctantly seek to withdraw from the instant case.

Pursuant to LR 83.9, counsel has provided written notification to Alford and all other parties of counsel's intent to withdraw, and this court has granted counsel leave to withdraw.

## CONCLUSION

This Court should grant the instant Motion and permit counsel to withdraw because the requirements of LR 83.9 have been satisfied and counsel must seek mandatory withdrawal in the instant case.

Dated: December 27, 2024

2

Respectfully submitted,

*Joseph Sobecki*

**Joseph Sobecki**
405 Madison Avenue, Suite 910
Toledo, Ohio 43604
Direct: (419) 283-9282
Office: (419) 242-9908
Facsimile: (419) 242-9937
Email: joseph@josephsobecki.com
*Attorney for Plaintiff, Brian Keith Alford*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Electronic Filing (CM/ECF) on December 27, 2024, on all counsel or parties of record on the service list below.

*Joseph Sobecki*

Joseph Sobecki

## SERVICE LIST

**Anita Barker, Candy Babb, Derek Burkhart, DeLa Cruz, Dennis Seger, Robert Zilles**
c/o Assistant Ohio Attorney General Marcy Ann Vonderwell
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215
Phone: (614) 644-7233
Facsimile: (866) 521-9902
Email: marcy.vonderwell@ohioago.gov

**Anita Barker, Candy Babb, Derek Burkhart, DeLa Cruz, Dennis Seger, Robert Zilles**
c/o Senior Assistant Ohio Attorney General Andrew T. Gatti
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215
Phone: (614) 644-7233
Facsimile: (855) 665-2568
Email: andrew.gatti@ohioago.gov

# JOSEPH SOBECKI

405 Madison Avenue, Suite 910 • Toledo, Ohio 43604 • (419) 283-9282 • joseph@josephsobecki.com

December 13, 2024

Mr. Alford:

The Court asked me to withdraw as a result of the case you filed against me. I am going to try to stay on our case, however, I suspect that I will be required to withdraw. You will need to serve Porter via a private process server because I don't think I will be able to complete service in collaboration with a private process server by the time I must withdraw. The Court has informed me that they will not appoint another attorney on this case. The opposition stated that they plan to file a motion for summary judgment that you will need to respond to. In order to overcome it, you will need to present a report from a second expert.

Sincerely,

Joseph Sobecki

I didn't request medical records you requested because (1) discovery may be closed and a court order is needed to seek additional discovery, and most importantly (2) we need a second expert to review them once we get them. Without a second expert, getting these records is putting "the horse before the cart." The proper strategy is to get second expert and then seek leave to extend discovery to get the records for expert to review. Another expert also may want specific records. The request should be in collaboration with second expert. Priority should 100% be second expert at this point, not acquiring records. The latter comes after acquistion of a second expert. Neither you or I are qualified to interpert medical records. They do us no good alone.

Activity in Case 3:21-cv-01123-JGC Alford v. Zilles et al notice of hearing or conference

From &lt;ohndecf@ohnd.uscourts.gov&gt;
To &lt;OHNDdb_CleECF@ohnd.uscourts.gov&gt;
Date 2024-12-10 12:49 pm

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### NORTHERN DISTRICT OF OHIO

## Notice of Electronic Filing

The following transaction was entered on 12/10/2024 at 12:48 PM EST and filed on 12/10/2024

**Case Name:** Alford v. Zilles et al
**Case Number:** 3:21-cv-01123-JGC
**Filer:**
**Document Number:** No document attached
**Docket Text:**

**Notice [non-document] of Continued Status Conference set for 12/16/2024 at 02:30 PM to be held by video conference (Toledo) before Judge James G. Carr. Video conference zoom invite to issue to all participants in advance. (D,TM)**

**3:21-cv-01123-JGC Notice has been electronically mailed to:**

Andrew T. Gatti    andrew.gatti@ohioago.gov, CorrectionsLitigation.DocketClerk@ohioattorneygeneral.gov, brenda.carter@ohioago.gov, linda.dill@ohioago.gov

Joseph T. Sobecki    joseph@josephsobecki.com

Marcy Ann Vonderwell    marcy.vonderwell@ohioAGO.gov, Anita.Maxwell@OhioAGO.gov, brenda.berry@OhioAGO.gov, correctionslitigation.docketclerk@ohioago.gov, cynthia.dummermuth@ohioago.gov

**3:21-cv-01123-JGC Notice has been delivered by other means to:**

Activity in Case 3:21-cv-01123-JGC Alford v. Zilles et al terminate hearings

From &lt;ohndecf@ohnd.uscourts.gov&gt;

To &lt;OHNDdb_CleECF@ohnd.uscourts.gov&gt;

Date 2024-12-10 10:33 am

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

NORTHERN DISTRICT OF OHIO

Notice of Electronic Filing

The following transaction was entered on 12/10/2024 at 10:33 AM EST and filed on 12/9/2024

**Case Name:** Alford v. Zilles et al

**Case Number:** 3:21-cv-01123-JGC

**Filer:**

**Document Number:** No document attached

**Docket Text:**

**Minute Order:** [non-document] Status Conference Update held on 12/9/2024 by video conference before Judge James G. Carr. Court Reporter: Stacey Kiprotich. Time: 32 minutes. Plaintiff Alford appeared by attorney Joseph Sobecki. Defendants' appeared by attorney Marcy Ann Vonderwell. Parties advised as to case status. Pending before the court is the Plaintiff's Second Motion for extension of time until 1/3/2025 to serve complaint and Motion for in-person service via the U.S. Marshal Service of Defendant Thomas. Plaintiff's counsel notifies the court that prior service has been submitted through Fed-Ex Service on four occasions and noone at the address. Plaintiff's counsel requests that service be issued through the U.S. Marshal Service in the evening hours. The court directs Plaintiff's counsel to perfect service through a Process Server. The court also directs counsel that the summons/complaint should be placed on doors inward and that the court will deem such as effective service. Attorney Sobecki notifies the court that the Plaintiff's family trying to find another Expert and will have half of the cost to secure and that he, attorney Sobecki would request remainder of the funds from the Court. Defense counsel notifies the court that the Plaintiff has filed a lawsuit in the USDC, SDOH against his attorney Sobecki and attorney Vonderwell. Due to a court conflict the conference concluded to be resumed at a date/time convenient for all parties. Judge James G. Carr on 12/9/2024. (D,TM)

3:21-cv-01123-JGC Notice has been electronically mailed to:

Andrew T. Gatti   andrew.gatti@ohioago.gov, CorrectionsLitigation.DocketClerk@ohioattorneygeneral.gov, brenda.carter@ohioago.gov, linda.dill@ohioago.gov

Joseph T. Sobecki   joseph@josephsobecki.com

Marcy Ann Vonderwell   marcy.vonderwell@ohioAGO.gov, Anita.Maxwell@OhioAGO.gov, brenda.berry@OhioAGO.gov, correctionslitigation.docketclerk@ohioago.gov, cynthia.dummermuth@ohioago.gov

3:21-cv-01123-JGC Notice has been delivered by other means to:

Activity in Case 3:21-cv-01123-JGC Alford v. Zilles et al notice of hearing or conference

**From** &lt;ohndecf@ohnd.uscourts.gov&gt;

**To** &lt;OHNDdb_CleECF@ohnd.uscourts.gov&gt;

**Date** 2024-12-06 2:25 pm

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

NORTHERN DISTRICT OF OHIO

**Notice of Electronic Filing**

The following transaction was entered on 12/6/2024 at 2:25 PM EST and filed on 12/6/2024

**Case Name:** Alford v. Zilles et al

**Case Number:** 3:21-cv-01123-JGC

**Filer:**

**Document Number:** No document attached

**Docket Text:**

**Notice [non-document] of Status Conference set for 12/9/2024 at 12:00 PM to be held by video conference (Toledo) before Judge James G. Carr. Video zoom invite to issue to all participants in advance. (D,TM)**

**3:21-cv-01123-JGC Notice has been electronically mailed to:**

Andrew T. Gatti    andrew.gatti@ohioago.gov, CorrectionsLitigation.DocketClerk@ohioattorneygeneral.gov, brenda.carter@ohioago.gov, linda.dill@ohioago.gov

Joseph T. Sobecki    joseph@josephsobecki.com

Marcy Ann Vonderwell    marcy.vonderwell@ohioAGO.gov, Anita.Maxwell@OhioAGO.gov, brenda.berry@OhioAGO.gov, correctionslitigation.docketclerk@ohioago.gov, cynthia.dummermuth@ohioago.gov

**3:21-cv-01123-JGC Notice has been delivered by other means to:**

WITNESSES:

List the name, address, and daytime telephone number of persons who can provide information, IF NECESSARY, in support of your grievance.

NAME     LISA WILLIAMS          ADDRESS    BURGESS AVE. COLUMBUS, OH     PHONE NO. (614)663-7321

        RAYNA ALFORD                       455 FOREST AVE. #2 DAYTON, OHIO    (310)770-0229
                                                                             (310)770-0229

## FACTS OF THE GRIEVANCE

Briefly explain the facts of your grievance in chronological order, including dates and a description of the conduct committed by this legal professional. Attach copies (DO NOT SEND ORIGINALS) of any correspondence and documents that support your grievance.

SINCE HER APPOINTMENT BY JUDGE CARR IN MY CIVIL ACTION, I HAVE PROVIDED MS. HORNER WITH SUBSTANTIAL DOCUMENTATION REGARDING ODRC'S BLATENT DISREGARD FOR MY SERIOUS MEDICAL NEEDS AND SHE HAS VIRTUALLY IGNORED THE DOCUMENTATION. SHE HAS NOT REQUESTED ANY DISCOVERY MATERIALS IN PREPARATION FOR TRIAL, AND AT ONE POINT ADVISED THAT AS OF AUGUST OF 2023 ALL DEFENDANTS HAD BEEN SERVED. I LATER LEARNED THAT THREE DEFENDANTS HAD NOT BEEN SERVED, AND REQUESTED THAT SHE FILE A MOTION FOR DEFAULT JUDGMENT FOR THEIR FAILURE TO RESPOND TO THE COMPLAINT. SHE THEN ADVISED THAT IT WAS HER ERROR WHY THE THREE REMAINING DEFENDANTS HAD NOT BEEN SERVED. FROM THE ON-SET, I HAVE CONVEYED MY DESIRE TO PROCEED TO TRIAL UNLESS SUBSTANTIAL COMPENSATION COULD BE PROVIDED VIA SETTLEMENT. I HAVE CONSISTENTLY CONVEYED THE AMOUNT I WOULD AGREE TO SETTLE FOR, AND SHE HAS CONVEYED THAT SHE WAS IN COMMUNICATION WITH ODRC IN ORDER TO OBTAIN A REPLY. HOWEVER, EACH TIME SHE RESPONDED TO MY REQUEST SHE WOULD ASK QUESTIONS THAT I HAD ALREADY PROVIDED ANSWERS FOR, AS WELL AS PROVIDED DOCUMENTATION TO. IT WAS NOT UNTIL RECENTLY THAT I WAS EVEN ABLE TO REACH HER BY TELEPHONE ON SEVERAL INSTANCES, AND HER REPLIES IN WRITING WERE VIRTUALLY NON-EXISTENT UNLESS SHE WAS SENDING ANSERS TO COMPLAINT VIA LEGAL MAIL THROUGH

THE MAIL ROOM HERE AT ROSS CORRECTIONAL. I HAVE BEEN REQUIRED TO SEND MESSAGES THROUGH ODRC'S GTL GETTING OUT.COM WEBCITE THROUGH A CLOSE FRIEND LISA WILLIAMS, COLUMBUS, OHIO BUT AT TIMES THE MESSAGES WOULD ARRIVE LATE. AFTER ADVISING ODRC WOULD BE WILLING TO OFFER MEDICALLY NECESSARY FOOTWEAR FOR NEUROPATHY AT THEIR EXPENSE, IN SPITE OF MY ALREADY ACQUIRING THE NECCESSARY FOOTWEAR AT MY OWN EXPENSE AT A COST OF $514.32 THROUGH HITCHCOCK SHOES, INC. MS. HORNER HAS RELIED ON THE INFORMATION ODRC KEEPS PROVIDING HER WITH, OR RATHER THE MISINFORMATION THEY PROVIDE, IN SPITE OF MY PROVIDING AMPLE DOCUMENTARY EVIDENCE TO SUPPORT MY CLAIM OF DELIBERATE INDIFFERENCE TO MY SERIOUS MEDICAL NEEDS WHICH HAD CAUSED AND CONTINUES TO CAUSE EXTREME PAIN AND SUFFERING. ON MAY 16th, 2024 MS. HORNER PROVIDED A MESSAGE FROM ODRC REITERATING THE EXACT SAME MEANINGLESS OFFER TO SETTLE WHILE AWAITING A HEARING FOR MEDIATION, AND THERE IS NO DOUBT THAT MS. HORNER'S BEST INTEREST IS THE POSITION OF THE DEFENDANT AND NOT THE PLAINTIFF. AFTER CONVEYING MY DISPLEASURE WITH THE TIME WASTED IN ATTEMPTED MEDIATION RATHER THAN PREPARE FOR TRIAL, MS. HORNER SIMPLY STATED SHE WOULD BE WILLING TO REQUEST THAT THE COURT REMOVE HER FROM MY CASE BECAUSE IT WAS OBVIOUS SHE COULD NOT MEET MY EXPECTATIONS. MY EXPECTATIONS ARE NOT HIGH, MERELY A FAVORBALE SETTLEMENT OFFER, OR IN THE ALTERNATIVE ADEQUATE PREPARATION FOR TRIAL WITH DISCOVERY REQUEST, HIRING AN EXPERT WITNESS TO SHOW A CAUSAL CONNECTION TO MY INJURY AND THE ACTIONS OF THE DEFENDANTS. THIS IS NOT A HIGH EXPECTATION TO MEET, BUT RATHER ONE THAT MS. HORNER OBVIOUSLY DOES NOT INTEND TO MEET. REQUEST THAT SHE BE DISBARRED AND DISCIPLINED FOR RAILROADING MY CASE.

e Rules of the Supreme Court of Ohio require that investigations be confidential. Please keep confidential the fact that you submitting this grievance. The party against whom you are filing your grievance will receive notice of your grievance and y receive a copy of your grievance and be asked to respond to your allegations.

ubmitting this grievance electronically via the Online Grievance Portal, you do **NOT** need to sign this form. However, you st check the box in the Online Grievance Portal attesting that you are the person listed as the grievant in the "Your Name" tion of this form, or that you have permission from the person listed as the grievant in the "Your Name" portion of this n before uploading the form.

ubmitting this grievance by US mail, you **MUST** sign below. WE WILL **NOT** PROCESS AN UNSIGNED GRIEVANCE.

nature (If submitting by US mail)                                   **Date**

## Grievance Form

Is. ☐    Mrs. ☐    Miss. ☐    Mr. ☐

OUR NAME: ALFORD                    BRIAN              K.
           Last                    First              MI          Phone No.

ERMANENT
DDRESS: ROSS CORRECTIONAL INSTITUTION 16149 State Route 104
           Street

                                                                 Email Address

    CHILLICOTHE,                              OHIO        45601
ity                    County                State       Zip Code

### ABOUT WHOM ARE YOU COMPLAINING?

(Please circle) ATTORNEY  or  JUDGE  or  UPL

AME:  HORNER                    PATRICIA
        Last                    First         MI          Phone No.

DDRESS:  412 14th Street
           Street

    TOLEDO                                    OHIO        43604
ty                    County                State       Zip Code

ıve you filed this grievance with any other agency or bar association?   ☐ Yes   ☒ No

yes, provide name of that agency and date of filing: _____ date: _____

d you receive a response?: ☐ Yes   ☐ No      IF YES, PLEASE ATTACH A COPY

d this attorney represent you? ☒ Yes   ☐ No   Type of case: CIVIL -ALFORD V. ZILLES

te the attorney was hired: June 2023     Does s/he still represent you?: ☐ Yes   ☐ No

d you pay the attorney a fee/retainer? ☐ Yes   ☒ No     If yes, how much?: _____

d you sign a written fee agreement/contract? ☐ Yes   ☒ No    IF YES, PLEASE ATTACH A COPY

s the attorney sued you for fees? ☐ Yes   ☐ No

ve you brought civil or criminal court action against this attorney or judge?   ☐ Yes   ☒ No

'es, provide name of court and case number _____

ult of court action: _____

me and contact information for attorney currently representing you, if different than attorney about whom you are
ıplaining:

_____

s this grievance involve a case that is still pending before a court?   ☒ Yes   ☐ No

es, provide name of court and case number: UNITED STATES DISTRICT COURT/N.D. CASE NO: 3:21-CV-01123

at action or resolution are you seeking from this office? DISCIPLINE/DISBARMENT

**Tina Damoah**

| | |
|---|---|
| **From:** | James Carr |
| **To:** | Marcy.Vonderwell@OhioAGO.gov; Pat Horner; Joseph Sobecki |
| **Cc:** | Tina Damoah |
| **Subject:** | 21cv1123 Alford vs Zilles et al. |

Dear Ms. Horner, Ms. Vonderwell, and Mr. Alford,

I have spoken with Jospeh Sobecki (405 Madison Avenue, Toledo, Ohio , Ste 910. Direct 419-283-9282. Office 419-242-9908. Email: joseph@josephsobecki.com) who is willing to meet with Mr. Alford once he receives the letter from Ms. Horner that she discussed during our Zoom Conference this afternoon.

He indicates that he will make a decision about accepting assignment Pro Bono once he has received the information and reviewed the materials in Ms. Horner's files (which she will copy and get to him) and has had an opportunity to meet with Mr. Alford at Ross Correctional Institution.

Once all that has been accomplished, he will notify me if he is in a position to accept assignment as successor counsel to Mr. Alford.

Ms. Vonderwell: if, in the meantime, there are materials that you believe you should share with Mr. Sobecki, please do so at your earliest convenience.

Mr. Sobecki: once you have received and reviewed the materials in Ms. Horner's files, the Dr.'s letter and whatever Ms. Vonderwell has sent you and have met with Mr. Alford,  I trust you will let me, him, and Ms. Vonderwell know what your situation and position are.

It would be most helpful if you would do so on or before 11/1/2024.

If that does not become possible, simply let me, Ms. Vonderwell and Mr. Alford know your timetable for making a decision.

My sincere thanks to Ms. Horner for the work she has undertaken on this case, to Mr. Sobecki for being willing to do as indicated, and Ms. Vonderwell for her patience.

Thanks to one and all.

Judge Carr

1

# JOSEPH SOBECKI

405 Madison Avenue, Suite 910 • Toledo, Ohio 43604 • (419) 283-9282 • joseph@josephsobecki.com

December 27, 2024

Mr. Alford:

I am required to withdraw from this case as a result of being named as a defendant in the other case that you filed. See the attached filings, which explain why I have no choice.

1) I could not request your medical records because discovery has been closed since I appeared in this case. When discovery is closed, discovery cannot be requested. Another expert is needed to review the records before the records are sought. You need an affidavit from an expert. I recommend getting the expert before getting the discovery. I was able to convince the court to reopen discovery until Jan. 30, 2024. You need to submit a formal discovery request (not filed on the docket) for the records that you need as soon as you get this letter. Be careful to follow all rules (local and federal rules of civil procedure) pertaining to discovery. Basically, you send your request to the attorney below. I recommend that you request an extension because by the time you get this letter and get your request to her, it will be within 30 days of Jan. 30. You need an extension because she is entitled to 30 days to respond to your request.

   Assistant Ohio Attorney General Marcy Ann Vonderwell
   30 East Broad Street, 23rd Floor
   Columbus, Ohio 43215
   Phone: (614) 644-7233
   Facsimile: (866) 521-9902
   Email: marcy.vonderwell@ohioago.gov

2) You have until January 30, 2025, to serve Porter via a private process server. His address is below:

   Lawrence M. Porter
   2579 BRENTWOOD RD
   BEACHWOOD, OH. 44122

3) The State will file a motion for summary judgment by February 3, 2025, your response is due by March 17, 2025.

Good luck.

Sincerely,

Joseph Sobecki

# JOSEPH SOBECKI

405 Madison Avenue, Suite 910 • Toledo, Ohio 43604 • (419) 283-9282 • joseph@josephsobecki.com

October 19, 2024

Mr. Alford:

I received a report from a Dr. Borrillo. I have been informed that you are being provided a copy of that report. If you do not have a copy, let me know, and I will send it to you. This is not the news that I wish to be giving you, but Dr. Borrillo found no connection between your footwear and your peripheral neuropathy. Since, Dr. Borrillo is our expert (from before I became involved), we have no defense to the State's position when our own medical expert found the same thing as the State.

In short, your case is going to be dismissed with prejudice once the State of Ohio files a motion for summary judgment. I will, of course, respond in opposition and try to argue that your case should not be dismissed. However, without a medical doctor backing our position, I will have no ammunition to fight with, and the Court will surely grant the State's motion for summary judgment once it is filed.

If you have any other doctors that you want to take a second look, let me know, and I will contact them. However, I do not believe that funds are available for a second expert on our end, so any doctor would need to take a look and draft a report for free. Finding a doctor willing to work for free is about as likely as snow in July in Hawaii.

I empathize with you because this is no doubt not the news that you wanted to hear from me. Unfortunately, it is often part of my job to deliver unhappy news.

Please let me know if you have any questions. I want you to understand what is going on and where your case is at.

Sincerely,

Joseph Sobecki

# JOSEPH SOBECKI

405 Madison Avenue, Suite 910 • Toledo, Ohio 43604 • (419) 283-9282 • joseph@josephsobecki.com

October 5, 2024

Mr. Alford:

Judge Carr asked me to take your case in the Northern District of Ohio. I accepted. Feel free to write to me if you have any questions or concerns. Right now I am working on serving Porter + Zilles, who have not been served.

Sincerely,

*Joseph Sobecki*

BRIAN KEITH ALFORD A196-744                          DECEMBER 11, 2024

ROSS CORRECTIONAL INSTITUTION

P.O. BOSX 7010

CHILLICOTHE, OHIO 45601


MR. JOSEPH SOBECKI – ATTORNEY

405 MADISON AVE. SUITE 910

TOLEDO, OHIO 43604


     RE: SERVICE OF ROBERT ZILLES


MR. SOBECKI:

     I AM IN RECEIPT OF THE SERVICE UPON ROBERT ZILLES. THANKS AND I

PRAYDR. PORTER WILL BE SERVED AS WELL.

     I DON'T HAVE A SPECIFIC DOCTOR IN MIND, BUT RATHER AN

INDEPENDENT EXAMINER. WILL LET YOU KNOW WHEN I LOCATE THEM. I WILL

PAY THE COST.

     MY CONCERN AGAIN, IS JUDGE CARR'S DECISION TO ORDER THE STATE

TO PROIDE A COPY OF MY MEDICAL RECORDS BEFORE YOU CAME ON BOARD

LIMITING THE RECORDS TO 2018 TO 2021. THIS IS PREJUDICIAL TO ME, AS ODRC

WAS WELL AWARE OF MY NEED FOR PROPERLY FITTED MEDICAL FOOTWEAR

DATING BACK TO 1996 WHILE AT BELMONT CORRETIONAL FOLLOWING A BURST BLOOD VESSELL IN MY FOOT PLAYING BASKETBALL, YET ON LY PROVIDED A MEDICA WIDTH BOOT RATHER THAN THE DOCUMENTED 11-3E AT THAT TIME. FOLLOWING MY ARREST BY FEDERAL AUTHORITIES IN 2000 I WAS ALLOWED TO HAVE BOOT LEFT AT THE COUNTY JAIL THAT WERE PURCHASED BY MY WIFE ELMA SUE ALFORD, AND WHEN I WAS TRANSFERRED TO MILAN MICHIGAN I WAS FORCED TO MAIL THOSE OUT, BUT IN 2003 THE FLIGHT SURGEON IN FEDERAL BUREAU OF PRISONS APPROVED 12-3E FOOTWEAR (BOOTS AND TENNIS SHOES) AND THE BOOT WERE ALLOWED IN 2003 AND ANOTHER PAIR ORDERED DIRECTLY FROM RED WING SHOES IN 2004. WHEN I RETURNED TO ODRC, THIS DOCUMENTATION HAS ALWAYS BEEN A PART OF MY MEDIAL HISTORY AS IT WAS IN MY FILE WHEN I RETURNED IN 2011. THEREFORE, AS MY REPRESENTATIVE, I AGAIN ASK THAT YOU REQUEST A MODIFICATION FOR MY MEDICAL FILES IN ALL FAIRNESS TO ME. THE ALLEGATION BY DR. BORILLO THAT I DID NOT REQUEST BOOTS UNTIL 2021 IS ABSURD.

2

RESPECTFULLY SUBMITTED,

BRIAN KEITH ALFORD A196-744

ROSS CORRETIONAL INSTITUTION

P.O. BX 7010

CHILLICOTHE, OHIO 45601

## Activity in Case 3:21-cv-01123-JGC Alford v. Zilles et al Terminate Hearings



**From** <ohndecf@ohnd.uscourts.gov>

**To** <OHNDdb_CleECF@ohnd.uscourts.gov>

**Date** 2024-12-16 4:56 pm

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended. ***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

<div align="center">

**U.S. District Court**

**NORTHERN DISTRICT OF OHIO**

</div>

### Notice of Electronic Filing

The following transaction was entered on 12/16/2024 at 4:56 PM EST and filed on 12/16/2024

**Case Name:** Alford v. Zilles et al

**Case Number:** 3:21-cv-01123-JGC

**Filer:**

**Document Number:** No document attached

**Docket Text:**

**Minute Order:** [non-document] Continued Status Conference Update held on 12/16/2024 by video conference before Judge James G. Carr. Court Reporter: Angela Nixon. Time: 25 minutes. Plaintiff appeared by attorney Joseph Sobecki. Defendants' appeared by attorney Marcy Ann Vonderwell. Parties advised as to case status. Assigned Pro Bono counsel Joseph Sobecki notifies the court that he has received a notice that plaintiff has filed a lawsuit against him in the Southern District of Ohio seeking, *inter alia*, damages in the amount $25,000,000.00. Due to an irrevocable and irremediable conflict of interest between attorney Sobecki and plaintiff, it is hereby ordered that: 1. Leave be and granted for counsel to file on or before seven days (12/19/2024) a Motion for Leave to withdraw as counsel for the plaintiff; 2. Mr. Sobecki shall forthwith provide the plaintiff with any and all medical records and other materials he gathered while serving as assigned attorney; 3. In light of the foregoing, the plaintiff having now filed lawsuits against each of the two assigned attorneys, there will be no further assigning of attorneys to represent the plaintiff; 4. Discovery shall be completed on or before 1/30/2025; and 5. Defendants motion for summary judgment to be filed by 2/3/2025, plaintiff's opposition due 3/17/2025 and defendants reply due 3/31/2025. Pending is plaintiff's second motion for extension of time to serve complaint and motion for in-person service via the U.S. Marshal Service. Attorney Sobecki to secure process of service upon defendant Porter by 1/30/2025, failure to perfect such service will result in dismissal of defendant Porter. Judge James G. Carr on 12/16/2024. (D,TM)

**3:21-cv-01123-JGC Notice has been electronically mailed to:**

Andrew T. Gatti    andrew.gatti@ohioago.gov, CorrectionsLitigation.DocketClerk@ohioattorneygeneral.gov, brenda.carter@ohioago.gov, linda.dill@ohioago.gov

Joseph T. Sobecki    joseph@josephsobecki.com

Marcy Ann Vonderwell    marcy.vonderwell@ohioAGO.gov, Anita.Maxwell@OhioAGO.gov, brenda.berry@OhioAGO.gov, correctionslitigation.docketclerk@ohioago.gov, cynthia.dummermuth@ohioago.gov

**3:21-cv-01123-JGC Notice has been delivered by other means to:**

## Activity in Case 3:21-cv-01123-JGC Alford v. Zilles et al Notice of Hearing or Conference



**From** <ohndecf@ohnd.uscourts.gov>

**To** <OHNDdb_CleECF@ohnd.uscourts.gov>

**Date** 2024-12-10 12:49 pm

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended. ***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

<div align="center">

**U.S. District Court**

**NORTHERN DISTRICT OF OHIO**

</div>

### Notice of Electronic Filing

The following transaction was entered on 12/10/2024 at 12:48 PM EST and filed on 12/10/2024

**Case Name:** Alford v. Zilles et al

**Case Number:** 3:21-cv-01123-JGC

**Filer:**

**Document Number:** No document attached

**Docket Text:**

**Notice [non-document] of Continued Status Conference set for 12/16/2024 at 02:30 PM to be held by video conference (Toledo) before Judge James G. Carr. Video conference zoom invite to issue to all participants in advance. (D,TM)**

**3:21-cv-01123-JGC Notice has been electronically mailed to:**

Andrew T. Gatti   andrew.gatti@ohioago.gov, CorrectionsLitigation.DocketClerk@ohioattorneygeneral.gov, brenda.carter@ohioago.gov, linda.dill@ohioago.gov

Joseph T. Sobecki   joseph@josephsobecki.com

Marcy Ann Vonderwell   marcy.vonderwell@ohioAGO.gov, Anita.Maxwell@OhioAGO.gov, brenda.berry@OhioAGO.gov, correctionslitigation.docketclerk@ohioago.gov, cynthia.dummermuth@ohioago.gov

**3:21-cv-01123-JGC Notice has been delivered by other means to:**

## Activity in Case 3:21-cv-01123-JGC Alford v. Zilles et al Terminate Hearings



From &lt;ohndecf@ohnd.uscourts.gov&gt;
To &lt;OHNDdb_CleECF@ohnd.uscourts.gov&gt;
Date 2024-12-10 10:33 am

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended. ***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

NORTHERN DISTRICT OF OHIO

### Notice of Electronic Filing

The following transaction was entered on 12/10/2024 at 10:33 AM EST and filed on 12/9/2024
**Case Name:** Alford v. Zilles et al
**Case Number:** 3:21-cv-01123-JGC
**Filer:**
**Document Number:** No document attached
**Docket Text:**
**Minute Order:** [non-document] Status Conference Update held on 12/9/2024 by video conference before Judge James G. Carr. Court Reporter: Stacey Kiprotich. Time: 32 minutes. Plaintiff Alford appeared by attorney Joseph Sobecki. Defendants' appeared by attorney Marcy Ann Vonderwell. Parties advised as to case status. Pending before the court is the Plaintiff's Second Motion for extension of time until 1/3/2025 to serve complaint and Motion for in-person service via the U.S. Marshal Service of Defendant Thomas. Plaintiff's counsel notifies the court that prior service has been submitted through Fed-Ex Service on four occasions and noone at the address. Plaintiff's counsel requests that service be issued through the U.S. Marshal Service in the evening hours. The court directs Plaintiff's counsel to perfect service through a Process Server. The court also directs counsel that the summons/ complaint should be placed on doors inward and that the court will deem such as effective service. Attorney Sobecki notifies the court that the Plaintiff's family trying to find another Expert and will have half of the cost to secure and that he, attorney Sobecki would request remainder of the funds from the Court. Defense counsel notifies the court that the Plaintiff has filed a lawsuit in the USDC, SDOH against his attorney Sobecki and attorney Vonderwell. Due to a court conflict the conference concluded to be resumed at a date/time convenient for all parties. Judge James G. Carr on 12/9/2024. (D,TM)

**3:21-cv-01123-JGC Notice has been electronically mailed to:**

Andrew T. Gatti    andrew.gatti@ohioago.gov, CorrectionsLitigation.DocketClerk@ohioattorneygeneral.gov, brenda.carter@ohioago.gov, linda.dill@ohioago.gov

Joseph T. Sobecki    joseph@josephsobecki.com

Marcy Ann Vonderwell    marcy.vonderwell@ohioAGO.gov, Anita.Maxwell@OhioAGO.gov, brenda.berry@OhioAGO.gov, correctionslitigation.docketclerk@ohioago.gov, cynthia.dummermuth@ohioago.gov

**3:21-cv-01123-JGC Notice has been delivered by other means to:**

## Activity in Case 3:21-cv-01123-JGC Alford v. Zilles et al Notice of Hearing or Conference



**From** <ohndecf@ohnd.uscourts.gov>
**To** <OHNDdb_CleECF@ohnd.uscourts.gov>
**Date** 2024-12-06 2:25 pm

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### NORTHERN DISTRICT OF OHIO

### Notice of Electronic Filing

The following transaction was entered on 12/6/2024 at 2:25 PM EST and filed on 12/6/2024
**Case Name:** Alford v. Zilles et al
**Case Number:** 3:21-cv-01123-JGC
**Filer:**
**Document Number:** No document attached
**Docket Text:**
**Notice [non-document] of Status Conference set for 12/9/2024 at 12:00 PM to be held by video conference (Toledo) before Judge James G. Carr. Video zoom invite to issue to all participants in advance. (D,TM)**

**3:21-cv-01123-JGC Notice has been electronically mailed to:**

Andrew T. Gatti    andrew.gatti@ohioago.gov, CorrectionsLitigation.DocketClerk@ohioattorneygeneral.gov, brenda.carter@ohioago.gov, linda.dill@ohioago.gov

Joseph T. Sobecki    joseph@josephsobecki.com

Marcy Ann Vonderwell    marcy.vonderwell@ohioAGO.gov, Anita.Maxwell@OhioAGO.gov, brenda.berry@OhioAGO.gov, correctionslitigation.docketclerk@ohioago.gov, cynthia.dummermuth@ohioago.gov

**3:21-cv-01123-JGC Notice has been delivered by other means to:**

# JOSEPH SOBECKI

405 Madison Avenue, Suite 910 • Toledo, Ohio 43604 • (419) 283-9282 • joseph@josephsobecki.com

November 22, 2024

Mr. Alford:

If you come up with a certain sum of money for a second expert, I can likely get the Court to match it. Can you let me know how much you can come up with so that I can inform the Court? I will also need to put the money in my trust account before I can try to get the Court to match whatever we come up with.

Also, if you have a specific doctor in mind, please let me know so that I can reach out and start negotiating a price. Alternatively, do you want me to pick out the expert? I would prefer that you select this one, but I can help if necessary.

Zilles is served. Service on Porter failed via FedEx. I will request for the US Marshall to serve Porter in person after 5 pm EST.

Let me know if you have any questions.

Sincerely,

Joseph Sobecki

# JOSEPH SOBECKI

405 Madison Avenue, Suite 910 • Toledo, Ohio 43604 • (419) 283-9282 • joseph@josephsobecki.com

October 5, 2024

Mr. Alford:

Judge Carr asked me to take your case in the Northern District of Ohio. I accepted. Feel free to write to me if you have any questions or concerns. Right now I am working on serving Porter + Zilles, who have not been served.

Sincerely,

Joseph Sobecki